**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**
**CIVIL ACTION NO. 14-118-DLB-EBA**

JARROD KELLY and MICAH MILLER,                                    PLAINTIFFS,

## vs. DEFENDANT/THIRD PARTY PLAINTIFF, ARRICK'S BOTTLED GAS SERVICE, INC.'S NOTICE TO TAKE DEPOSITION OF RON NATOLI, P.E.

ARRICK'S BOTTLED GAS SERVICE, INC.,                              DEFENDANT/
                                                                THIRD PARTY PLAINTIFF

vs.

BOBBY COBURN,                                          THIRD PARTY DEFENDANT.

* * * * * * * * * * * * * * * * * * * *

Please take notice of the taking of the deposition of Ron Natoli, P.E. at AKF Pittsburgh located at 436 Blvd. of the Allies, Pittsburgh, PA 15219 on September 29, 2015, beginning at 10:00 a.m.  This deposition will be conducted by a certified court reporter and will be recorded by stenographic means.  The deposition of Ron Natoli, P.E. will be used for any purpose allowed under the Federal Rules of Civil Procedure. You are required to attend.

Mr. Natoli is to testify about and produce all documents more fully described in a list attached hereto as Attachment "A".

**DINSMORE & SHOHL LLP**

By: /s/ J. David Bolen
Hon. J. David Bolen
**DINSMORE & SHOHL LLP**
611 Third Avenue
P.O. Box 2185
Huntington, WV 25722
(304) 529-6181 –  Telephone
(304) 522-4312 – Facsimile
david.bolen@dinsmore.com
**ATTORNEYS FOR DEFENDANT/THIRD
PARTY PLAINTIFF, ARRICK'S BOTTLED
GAS SERVICE, INC.**

**ATTACHMENT "A"**

DEPOSITION OF REQUESTED DOCUMENTS

The following requested documents are limited, unless otherwise noted, to those documents maintained by Ron Natoli, P.E., hereinafter "Deponent," in any capacity, including but not limited to his individual, personal or official capacity.

"Documents" mean all writings of any kind, including the originals and all non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise (including, without limitation, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, prospectuses, interoffice and intra office communications, notations of any sort on communications, bulletins, printed matter, computer printouts, teletypes, invoices, worksheets, and all drafts, alterations, modifications, changes and amendments to any of the foregoing), graphic or aural records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings, and motion pictures) and electronic or mechanical records or representations of any kind (including, without limitation, tapes, cassettes, discs, and recordings).

The requested documents are as follows:

1.     All documents contained in Deponent's files kept, maintained, used, or created and which are in the possession or subject to the control of Deponent or that relate in any way to this case.

2.     Any documents or records of any kind relating to the above-captioned case.

3.      All materials on which the Deponent relies in forming any opinions which he intends to give in this action.

4.      All documents, including but not limited to, notes, manuals, articles, or publications relied upon, reviewed or consulted by Deponent in reference to his report in this case.

5.      Copies of any articles, pamphlets, parts of books or books written by you or to which you contributed which are related to or supportive of the opinions which you intend to provide in this action.

6.      Any and all correspondence from Plaintiff's counsel to you or from you to Plaintiff's counsel or concerning any issue in this case.

7.      Any and all material provided to you by Plaintiff's counsel or any other person.

8.      Any regulations, statutes, laws, standards, practices, manuals, resource materials or other documents that pertain to any of the subject matters discussed in your report that was prepared in this case.

9.      An up-to-date copy of your curriculum vitae.

10.   A listing of all cases in which you have testified as an expert at trial or by deposition within the preceding five years.

11.   All documents relating to the compensation paid to you or to be paid to you for your testimony in this case, including but not limited to, fee agreements, invoices, time sheets or correspondence between you and Counsel for Plaintiff.

12.   Any and all correspondence, memoranda, notes, reports, and/or documents of any kind which evidence, reflect or relate to any communication between you and any other witness in this case, including any other witnesses offered by Plaintiff or Plaintiff's counsel as experts.

13.  Any and all notes, memoranda, reports, correspondence, summaries, and/or documents of any kind which evidence or reflect your factual observations, mental impressions and/or expert opinions in this case.

14.  Copies of any and all drafts of any memoranda, reports, correspondence summaries, opinions, or other documents which evidence or reflect your factual observations, mental impressions and/or expert opinions in this case.

15.  Copies of any summaries of any testimony you have given in the last four years in any matter.

16.  Copies of all professional certifications and/or professional licenses which you have.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was this day served upon the following individuals via filing with the United States District Court for the Eastern District of Kentucky CM/ECF system this 2nd day of September, 2015:

Hon. William H. Wilhoit
WILHOIT LAW OFFICE
P.O. Box 35
Grayson, KY 41143

Hon. W. Jeffrey Scott
Hon. Brandon Music
Hon. Will Matthews
W. JEFFREY SCOTT LAW OFFICE
P.O. Box 608
Grayson, WV 41143

Hon. Ralph T. McDermott
**LAW OFFICE OF RALPH T. MCDERMOTT**
207 16th Street, Suite 201
Ashland, KY 41101

/s/ J. David Bolen
Hon. J. David Bolen