```
                                                                  1

 1            IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF KENTUCKY
 2                  NORTHERN DIVISION AT ASHLAND

 3                        -  -  -  -

 4    JARROD KELLY and MICAH    )
      MILLER,                   )
 5                             )
              Plaintiffs,       )
 6                             )
              -vs-             )   Civil Action
 7                             )   No. 14-118-DLB-EBA
      ARRICK'S BOTTLED GAS      )
 8    SERVICE, INC.,            )
                               )
 9            Defendant/Third )
              Party Plaintiff,)
10                             )
              -vs-             )
11                             )
      BOBBY COBURN and PATRICIA )
12    COBURN,                   )
                               )
13            Third Party       )
              Defendants.       )
14

15                        -  -  -  -

16          DEPOSITION OF:   RONALD J. NATOLI, JR.

17                        -  -  -  -

18                  DATE:   September 29, 2015
                            Tuesday, 10:00 a.m.
19
                    LOCATION:   AKF REPORTERS, INC.
20                              436 Boulevard of the
                                Allies
21                              Pittsburgh, PA   15219

22                  TAKEN BY:   Defendant/Third Party
                                Plaintiff
23
                    REPORTED BY:   JoAnn M. Brown, RMR, CRR
24                                 Notary Public
                                   Reference No. JB38858
25
```

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

---

**Page 2**

```
1              DEPOSITION OF RONALD J. NATOLI, JR.,
   a witness, called by the Defendant/Third Party
2  Plaintiff for examination, in accordance with the
   Federal Rules of Civil Procedure, taken by and
3  before JoAnn M. Brown, RMR, CRR, a Court Reporter
   and Notary Public in and for the Commonwealth of
4  Pennsylvania, at the offices of AKF Reporters, Inc.,
   436 Boulevard of the Allies, Pittsburgh,
5  Pennsylvania, on Tuesday, September 29, 2015,
   commencing at 10:01 a.m.
6
7                        - - - -
8
9  APPEARANCES:
10      FOR THE PLAINTIFFS:
    William H. Wilhoit, Esq.
11  william@wilhoitlaw.com
    103 South Hord Street
12  Grayson, Kentucky  41143
    P 606-474-8833
13  F 606-474-8834
14      FOR THE DEFENDANT/THIRD PARTY PLAINTIFF:
    DINSMORE & SHOHL, LLP
15  J. David Bolen, Esq.  (via telephone)
    david.bolen@dinsmore.com
16  611 Third Avenue
    Huntington, West Virginia  25722
17  P 304-529-6181
    F 304-522-4312
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
1              EXAMINATION INDEX
2  RONALD J. NATOLI, JR.
     BY MR. BOLEN                              4
3    BY MR. WILHOIT                           67
     BY MR. BOLEN                             69
4
   CERTIFICATE OF COURT REPORTER - - - - - - 70
5  ERRATA SHEET - - - - - - - - - - - - - - 71
   NOTICE OF NON-WAIVER OF SIGNATURE - - - - 72
6
7
8
9
10
           (No Deposition Exhibits were marked.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 4**

```
1                    - - - -
2             RONALD J. NATOLI, JR.
3           Having been duly sworn,
4      Was examined and testified as follows:
5                    - - - -
6               EXAMINATION
7                    - - - -
8  BY MR. BOLEN:
9  Q.  Mr. Natoli, am I saying your last name right?
10     Is it Natoli?  Is that right?
11 A.  Yes, that's correct.
12 Q.  Okay.  My name is David Bolen, and I'm an
13     attorney with Dinsmore & Shohl in Huntington,
14     West Virginia and here today on behalf of the
15     defendant in this case, Arrick's Bottled Gas
16     Service, Inc.
17         Would you please state your full
18     name for the record.
19 A.  Yes.  It is Ronald Joseph Natoli, Jr.
20 Q.  And could you give me your current business
21     address, please?
22 A.  Yes.  It's 301 Grant Street, Suite 4300,
23     Pittsburgh, PA 15219.
24 Q.  And how long has that been your business
25     address?
```

---

**Page 5**

```
1  A.  I believe we moved there May 2014.
2  Q.  Okay.  And I see by your report in this case,
3      you're with Robinson Forensic, is that
4      correct?
5  A.  Robson Forensic.
6  Q.  Robson.
7  A.  Yes.
8  Q.  All right.  And how long have been with them?
9  A.  A little over five years.
10 Q.  During that five-year period, has most of your
11     work for them been like what you're doing in this case?
12     you're doing in this case?
13 A.  Yes, that's correct.
14 Q.  If you could kind of look for me over the
15     course of the last five years then and look at
16     your testimony as a whole, what percent would
17     you say you do for defendants versus that of
18     plaintiffs in terms of testimony?
19 A.  It's probably close to 50/50.  Maybe 40
20     percent plaintiff work, 60 percent defense.
21 Q.  And how about over that same five-year time
22     period, how many cases have you been involved
23     in that involve a propane fire or propane
24     explosion?
25 A.  Oh, I've probably had 8 to 10 cases.
```

---

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

---

**Page 6**

1 Q. And of those 8 to 10 cases, were you retained
2   by the plaintiffs in those cases or defendants
3   or was it a mixture?
4 A. It's a mixture.
5 Q. How long have you been doing expert witness
6   work in terms of like what you've done in this
7   case in terms of testifying?
8 A. Since I started with Robson Forensic.
9 Q. Okay. What was your position prior to that?
10 A. Just before Robson Forensic, I was an MEP
11   coordinator for a large construction
12   management company, so I would oversee the
13   installations and contractors doing
14   mechanical, electrical, plumbing process type
15   work.
16 Q. Okay. Have you ever worked as a propane
17   installer yourself?
18 A. No, I have not.
19 Q. Have you ever supervised propane installers?
20 A. Not directly. I have inspected and overseen
21   work from an engineering standpoint of systems
22   that I've designed.
23 Q. Okay. How about in terms of a residential
24   propane system, have you ever been involved in
25   the installation of that or the design of a

---

**Page 7**

1   residential propane system?
2 A. A residential style propane system, yes, I
3   have.
4 Q. Okay.
5 A. And I've had them put in for family members in
6   the past, the residential grade.
7 Q. Have all of those residential style propane
8   systems been on new construction or were they
9   upgrades to previous systems?
10 A. Some were upgrades, some were changing out
11   fuel oil systems to propane, and some were
12   new.
13 Q. How many residential propane systems do you
14   feel like you've been involved with over the
15   course of your career?
16 A. Well, let's say residential grade. I'm going
17   to say, you know, 500-gallon type tanks.
18 Q. Okay.
19 A. Probably a dozen --
20 Q. Okay.
21 A. -- for design side previous work, and then, of
22   course, we run into them all the time at
23   Robson Forensic.
24 Q. Right.
25   Can you tell me what your hourly

---

**Page 8**

1   rate is?
2 A. Yes. $365.
3 Q. Is that for deposition or for fact finding, or
4   is it just for everything you do, it's just
5   one flat rate?
6 A. Everything we do is one flat rate. All the
7   experts bill out at the same rate, except for
8   our specialty experts and our experts located
9   in New York City.
10 Q. Can you tell me how much you've billed total
11   in this case?
12 A. I can certainly estimate. Probably about
13   $12,000.
14 Q. Okay. Did you bring your file with you today?
15 A. I brought my complete file on disk.
16 Q. Okay. I see where in your report, at least on
17   page 1, you list 13 items that you reviewed
18   prior to producing your report.
19   Are those 13 items on the disk?
20 A. Yes, they would be.
21 Q. Other than those 13 items, can you tell me
22   what other items might be on that disk or are
23   on that disk?
24 A. Sure. My testimony history, invoices, my
25   current CV, a property sketch at the time of

---

**Page 9**

1   my site visit, photographs, deposition notes,
2   standards in the industry, some codes, NFPA
3   54, NFPA 58. That pretty much comes to mind
4   everything that would be on there.
5 Q. Okay. How about have you -- just in the
6   materials that you reviewed, did you review
7   the reports of our expert, Dr. Ogle?
8 A. Yes, I read through those.
9 Q. Okay. What about Mr. Matthews, did you read
10   through his as well?
11 A. No, I do not have that one.
12 Q. Okay. What about plaintiffs' other retained
13   expert, Mr. Dunn, have you seen his report?
14 A. No.
15 Q. If you want to kind get your report and we'll
16   just walk through it here, that might be the
17   easiest thing to do.
18 A. Okay.
19 Q. In terms of preparation of this report, it's
20   dated July 1st of 2015.
21   Is this the only report that you
22   have done in this case?
23 A. Yes, it is.
24 Q. Do you do draft reports or this is it right
25   here?

---

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

---

**Page 10**

1  A.   I do kind of a working copy until it's final.
2  Q.   Mm-hmm.  You don't save previous versions of
3       the report?
4  A.   No.
5  Q.   Okay.
6  A.   No, it gets written over until it's completely
7       finalized.
8  Q.   Okay.  Since producing your report on July 1st
9       of 2015, have you done any other work in this
10      case or any other review of documents?
11 A.   Yes.
12 Q.   Can you tell me what you looked at after the
13      July 1, 2015 report?
14 A.   After the -- after my report was written, I
15      reviewed the training records of the
16      individuals.
17 Q.   Okay.
18 A.   And based on those records, with their GAS
19      Check training and certification, I reviewed
20      the GAS Check training courses and
21      information.
22 Q.   Uh-huh.
23 A.   And after my report is when I did the Exponent
24      report and rebuttal report.
25 Q.   Okay.  Did your review of any of those items

---

**Page 11**

1       change any of the opinions that are listed in
2       your July 1, 2015 report?
3  A.   No, I think that my opinions would be
4       strengthened by the review of that
5       information, but not changed.
6  Q.   In terms of your review of the training
7       records, did you have any problems with the
8       training that Arrick's supplied to their
9       employees?
10 A.   From what I could tell, the files seemed to be
11      fairly complete.  It was kind of difficult to
12      follow what some of the training might have
13      been because it was not detailed, so it's
14      difficult to give a complete opinion on the
15      training.
16 Q.   Okay.  If you will, we'll just start on page 1
17      of your report.
18          In section A, Introduction, probably
19      the second to the last full sentence in there,
20      you're kind of describing the incident itself.
21      You note that an explosion immediately
22      occurred due to a propane leak into the
23      cellar.
24          When you say immediately, what do
25      you mean by that?  Because I think there's

---

**Page 12**

1       some variation -- well, let me ask you this:
2       Would you agree with me that there's some
3       variation in the amount of time that
4       Mr. Miller and Mr. Kelly were in the basement
5       prior to the explosion based on their own
6       testimony?
7  A.   I would agree that the explosion occurred
8       almost immediately after the BIC lighter was
9       struck.
10 Q.   Which lighter, Mr. Kelly's lighter or
11      Mr. Miller's lighter?
12 A.   I believe it was Mr. Kelly's.
13 Q.   Okay.  Is it your understanding that they both
14      had lighters or just one of them had lighters?
15 A.   I would have to go back and review that, the
16      cause I went through in order to ascertain
17      whether the reports from the sheriff's
18      department made sense as to the cause and
19      origin.
20 Q.   Mm-hmm.  Section B there we kind of already
21      covered.
22          Section C is just background.  Can
23      you tell me what you drew that information
24      from?  Where it came from?
25 A.   General discussions with counsel, as well as

---

**Page 13**

1       the sheriff's report information and kind of a
2       summary of some of the work orders that Arrick
3       provided.
4  Q.   Okay.  So it came from a variety of different
5       sources, and you kind of synthesized out of it
6       what you wanted to include in this section?
7  A.   No, it pretty much was the Rule 26 that was
8       filed that contained the sheriff's report.
9  Q.   Okay.  I'm going to look -- I've got a couple
10      questions about the incident section here.
11 A.   Mm-hmm.
12 Q.   You talk about -- in the second full
13      paragraph, you talk about the unused propane
14      gas line that was branched from the house to
15      the garage.
16          Do you know where that branch
17      occurs?
18          Where does it spin off from I guess
19      what I'm going to call the garage line where
20      it T's off from the main line?
21 A.   No, I do not know.
22 Q.   Okay.
23 A.   It could have been back towards the tank.
24 Q.   Would you agree with me that wherever this
25      branch occurred, that it was buried underneath

---

Page 14

1    the ground, that it wasn't visible from the
2    top?
3  A.  I can't say that for sure.  You know, based on
4    the Exponent's rebuttal report, the piping at
5    the tank may have been reconfigured after --
6    or prior to my inspection.
7  Q.  Okay.
8  A.  So it may have originated at the tank or below
9    the tank.
10 Q.  But in terms of when you did your inspection
11   and you were there, you were unable to
12   ascertain where the branch -- where the garage
13   line branched off from the main house line?
14 A.  Yes, that is correct.
15 Q.  You note also in the same paragraph, last
16   sentence that it was the Kentucky Farm Bureau
17   that removed the garage line from service.
18       Can you tell me where you got that
19   information from?
20 A.  No, I cannot say for sure where that came
21   from.  It may have come from counsel.
22 Q.  Okay.  And you performed a site inspection on
23   September 18th of 2014, is that correct?
24 A.  Yes, that's correct.
25 Q.  How long after the explosion was your site

Page 15

1    view?
2  A.  It would be a little over a year.
3  Q.  Okay.  Can you kind of walk me through what
4    you did on that site view?
5  A.  Mainly just destructive type work.  I
6    photographed the tank, the tank owned by
7    Arrick, the first stage regulator assembly
8    underneath the bonnet, the second stage at the
9    home, the location of the second stage at the
10   garage, inspected the condition of the exposed
11   line that went on the north and east side of
12   the garage, photographed metal chimney vents
13   on top of the garage and the residence, and
14   took some general measurements of both the
15   site layout as well as the root cellar in the
16   garage --
17 Q.  Mm-hmm.
18 A.  -- and gathered information of the installed
19   regulators at that time.
20 Q.  When you did your inspection in September of
21   2014, was the second stage regulator on the
22   garage?  Was there a second stage regulator at
23   the garage at that time?
24 A.  No, it had been removed.
25 Q.  Have you ever seen the second stage regulator

Page 16

1    firsthand?
2  A.  No, I have not.
3  Q.  Are you aware of any testing that has been
4    done on the second stage regulator?
5  A.  No, I have not.
6  Q.  Did you measure how far it is from the propane
7    tank to the garage, the detached garage?
8  A.  I believe I would have that information.
9        I don't have that exact measurement,
10   but it would be somewhere between, you know,
11   150 to 200 feet, possibly.
12 Q.  Okay.  When you did your site view back in
13   2014, if you are standing where the propane
14   tank is located on the property, can you see
15   the area of the garage where the second stage
16   regulator would have been located?
17 A.  If you're standing at the tank and don't move
18   from the tank, no, you would not be able to
19   see that.
20 Q.  If you were standing at the tank, could you
21   see the metal chimney that comes out of the
22   garage?
23 A.  No, but the standard in the industry is to do
24   a site inspection, so, at that point, my
25   opinion would be that it should have been

Page 17

1    seen.
2  Q.  Okay.  I appreciate that, and I will get to
3    that.
4        I'm just asking you whether you
5    could see them from that tank location?
6  A.  If you did not move from the tank, no.  If you
7    walked around the corner by the house, if you
8    walked 20 feet, you would be able to see the
9    chimney on the garage.
10 Q.  Okay.  And in terms of the chimney on the
11   garage, you note in your report that that is
12   evidence of a propane device inside the
13   garage -- propane fuel device inside the
14   garage?
15 A.  It would be evidence of a fuel-burning device,
16   yes.
17 Q.  Right.  So it could be propane, it could be
18   wood, it could be any fuel or oil?  It could
19   be any of those things?
20 A.  Correct.
21 Q.  It doesn't necessarily have to be propane?
22 A.  No, not necessarily.
23 Q.  Okay.  You inspected the lines that were there
24   by the garage area, is that correct?
25 A.  Yes, visually inspected them.

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

Page 18

1  Q.   Okay. How much of those lines were exposed?
2       How much of the propane copper
3       tubing was exposed at the garage site?
4  A.   At the time of my visit, I'm going to say
5       probably about 90 percent.
6  Q.   Okay. How about in terms of in length, the
7       amount that was exposed? Was it 2 feet? 10
8       feet?
9  A.   Probably about 50 feet --
10 Q.   Okay.
11 A.   -- at the time of my visit.
12 Q.   At the time of the explosion, do you know
13      whether the pipe was above ground or buried
14      below ground?
15 A.   A combination at the time of the explosion
16      based on the testimony of one of the
17      investigators.
18 Q.   Do you know how much of the pipe was exposed,
19      and I'm talking about length now, at the time
20      of the explosion?
21 A.   I don't know an exact number.
22 Q.   Okay. Is it your belief that the area of the
23      piping that contained holes in it -- I noticed
24      in some of your photographs that you attached
25      to the report, it looks like photograph 11

Page 19

1       which is on page 4, there are some holes in
2       the copper tubing.
3           Is it your opinion that those holes
4       were above ground or below ground at the time
5       of the explosion?
6  A.   I have no opinion on that.
7  Q.   Do you believe that the tenant had any
8       obligation to tell Arrick's that there was a
9       propane line that ran to the garage?
10 A.   I would say that an owner, if asked, has a
11      responsibility to tell them all known devices,
12      but in the propane industry, it's standard for
13      a site inspection to be done and all that
14      information to be gathered by the technician.
15 Q.   I understand.
16          I guess my question to you is, do
17      you think that a person residing in a
18      residence, be it a tenant or a homeowner, has
19      any obligation to know and advise a propane
20      installer of the location of propane lines on
21      his property?
22 A.   I would say to know, K-N-O-W, my answer would
23      be no, N-O.
24 Q.   So you don't think that a person needs to know
25      their property well enough to know where

Page 20

1       propane lines are located?
2  A.   I would state that most homeowners are
3       unsophisticated users and don't know the exact
4       location of any of their utilities that are on
5       their property, including those that are owned
6       by the utility companies that may run through
7       the frontage of their property.
8  Q.   Let me ask you this question: Would you agree
9       with me that the tenant, Mr. Kelly, could have
10      seen the second stage regulator on the garage?
11 A.   I would have to say he could have. He may or
12      may not have. I don't know that.
13 Q.   Okay. Would you agree with me that if someone
14      saw a second stage regulator on the garage,
15      that it would maybe pique interest as to if
16      there is a gas line there?
17 A.   I think it would pique interest to a
18      professional in the business, absolutely. As
19      far as a new resident, I can't speak what they
20      would think. If my grandma saw it, she
21      probably wouldn't know what it was.
22 Q.   Well, I can appreciate that, but at the same
23      time, we're dealing -- you would have to know
24      specifically whether or not Mr. Kelly had any
25      experience with gas lines or knew anything

Page 21

1       about propane systems to really know what he
2       would know and not know?
3  A.   I don't know what he knew or would not know.
4       I did not review his deposition.
5  Q.   Did you see any records where Mr. Kelly was
6       asked by Arrick's where your propane, I guess,
7       device is located, appliances that use propane
8       in your home?
9  A.   I believe there may have been testimony on
10      Arrick's side that they asked that question.
11 Q.   Right.
12 A.   But, I mean, on the new customer form, there's
13      nothing that says that I know where all the
14      underground lines are and I've disclosed all
15      that information to Arrick's.
16 Q.   Well, you would agree with me that -- are you
17      looking at the new customer form?
18 A.   Yes.
19 Q.   Okay. You would agree with me that it does
20      have a section marked usage on that form?
21 A.   Minimum usages for billing records?
22 Q.   Nope. It's date, name, home phone, work
23      phone. Right below that, it says usage. It
24      has two things circled, cooking and furnace.
25 A.   Yes.

AKF Reporters, Inc.
412-261-2323

Page 22

1 Q. Okay. And Mr. Kelly has signed this. Do you
2    see that at the bottom?
3 A. Yes.
4 Q. Okay. So we at least know that they told
5    them, oh, we have cooking and furnace propane
6    systems in this house?
7 A. Well, I don't know that. I mean, the same
8    circles are under double stage as well, so I
9    can't say who circled that.
10 Q. Okay. You don't think that would be
11    information that's obtained from the customer?
12 A. Are you saying that Jarrod Kelly designed this
13    system and says that he wanted a double
14    stage system?
15 Q. No, sir, I'm saying Jarrod Kelly would have to
16    be the person that told them that he has a
17    cooking stove and a furnace that uses propane?
18 A. No, I can't surmise that, because the industry
19    and the standard is for the propane delivery
20    people to gather that information, along with
21    model numbers and serial numbers of actual
22    devices that are being used and inspect those
23    devices.
24 Q. Okay. When you say standard in the practice,
25    is there a written document that I can look at

Page 23

1    that says this is -- you know, a propane
2    delivery business is responsible for doing a
3    walk-around or responsible for obtaining this
4    type of information?
5 A. Yes, that information is out there.
6 Q. Can you direct me to what I need to look at to
7    find that?
8 A. Sure. I believe that was actually in Arrick's
9    tank setter checklist. That information is
10    provided by the Propane Education and Research
11    Council in their GAS Check training. It's
12    also out there for the Guidelines for Good
13    Safety Practices in the LP Gas Industry
14    produced by the World LP Gas Association. The
15    Propane Education and Research Council also
16    publishes information on the good practices
17    for the care and custody of propane in the
18    supply chain.
19 Q. Mm-hmm.
20 A. And I believe there may be some information
21    also produced by the National Propane Gas
22    Association in their installation of their gas
23    systems.
24 Q. Okay.
25 A. Okay?

Page 24

1 Q. All righty.
2        If you'll turn with me to page 3 of
3    your report, and let's look at photo 4.
4 A. Yes.
5 Q. Okay. This regulator is on the home, is that
6    correct?
7 A. Yes, that would be on the west side.
8 Q. Okay. Did you see any other regulators
9    attached to the home other than this one?
10 A. No, I did not.
11 Q. Did you inspect the north side of the home?
12 A. Yes, I did.
13 Q. And you didn't see another regulator there?
14 A. No, I did not.
15 Q. Okay. The photographs that you have, 3, 4, 5,
16    and 6, are they all photographs that you took
17    at the property?
18 A. I believe 6 was provided in the documents.
19 Q. Okay. In 6, that's where it's dark in there,
20    but your arrow points to the second stage
21    regulator there?
22 A. Yeah.
23 Q. Okay.
24 A. I'm not sure about 6. I'd have to go back and
25    look and see which folder that picture was in.

Page 25

1 Q. Okay, but you don't think it was one that you
2    took?
3 A. I'd have to verify. It would be on the
4    same --
5 Q. And the only reason I ask that is because when
6    we were talking earlier, you said that the
7    second stage regulator wasn't there on the
8    garage at your inspection, so that's why I was
9    curious about it.
10 A. Yeah. So I don't know if I'm -- that's one of
11    my pictures where I'm pointing to the general
12    area of that located or if that was actually
13    provided in the file, but I can say that, you
14    know, photo 7 is mine.
15 Q. Okay.
16 A. Photo 8 and 9 was part of the file.
17 Q. Okay.
18 A. I believe 11 -- or I believe photo 6 is mine,
19    but I don't think the regulator is actually in
20    that photo.
21 Q. Okay. You're kind of indicating where it
22    would be located?
23 A. Right.
24 Q. Okay.
25 A. I believe. I'd have to blow it up and see.

Kelly/Miller v.                                                                 **NATOLI**
**Arrick's Bottled Gas Service**                                        September 29, 2015

---

Page 26

1      It's kind of hard to read in my report note.
2  Q.  Sure.
3           On photo 11, which is I guess the
4      photograph of the tubing around the garage
5      that's got some holes in it and demonstrates
6      corrosion on it, do you have any opinion on
7      what this line looked like a year earlier at
8      the time of the explosion?
9  A.  I would say, in general, that these lines had
10     been corroding for some time.
11 Q.  Okay. Does that indicate to you that they had
12     been exposed to the elements for some time or
13     they had been buried in terms of, you know,
14     how the corrosion looks?
15 A.  This particular area of this line, it could be
16     either, but typically buried.
17 Q.  Okay.
18 A.  You know, there are other areas that may have
19     been open to the atmosphere.
20 Q.  And I'm assuming you have no opinion as to
21     what this area looked like in 2007 when
22     Arrick's took over the supplying of the
23     propane to this residence, is that correct?
24 A.  No, I do.
25 Q.  Okay. Tell me what you think it looked like

---

Page 27

1      back in 2007.
2  A.  I would say that there was a regulator mounted
3      on the wall and a metal chimney vent coming
4      through the roof, and there may or may not
5      have been exposed piping, but certainly
6      shallow-buried piping.
7  Q.  If it was shallowly buried, do you think
8      someone could see it?
9  A.  No, but with the various standards out there,
10     recommendations, the depth to bury is one of
11     the items that is needed to be verified.
12 Q.  Okay. Let me ask this: Is it that someone
13     who takes over the supplying of propane needs
14     to verify the depth that the lines are buried,
15     or does that only apply when a new system is
16     installed?
17 A.  When somebody takes over the responsibility of
18     delivering propane to a customer.
19 Q.  Okay. So it's your belief then that when
20     someone takes over the responsibility of
21     delivery, that they need to go through and
22     should they unbury all the lines and inspect
23     them?
24 A.  They should do a physical -- a visual
25     inspection any time propane is delivered,

---

Page 28

1      inspect the second stage regulators, any
2      exposed to piping. Certainly, when a new tank
3      is installed or a new customer is signed up, a
4      thorough analysis of the system should be done
5      to discover if there are any hidden defects
6      within the system that could be dangerous.
7  Q.  I appreciate that, and I guess what I'm trying
8      to drill down to is what you consider a
9      thorough analysis.
10          I guess my first question to that
11     would be do you believe that when Arrick's
12     took over the supplying of the propane to this
13     residence, that they should have unburied all
14     of the propane lines?
15 A.  They should not have unburied all the propane
16     lines, but they should have inspected for code
17     compliance and make sure that there was proper
18     coverage.
19 Q.  How would they necessarily do that?
20 A.  It would just be a spot check, a known area
21     they can certainly uncover.
22 Q.  Well, if they just do a spot check, it would
23     be possible that they could not check the area
24     where this line would have been and still find
25     that all the other areas were within code

---

Page 29

1      specifications, correct?
2  A.  That is possible, but the area that they would
3      have checked would have been right at the
4      regulator, and at that point, the line was --
5      if it had been covered, was covered with only
6      inches.
7  Q.  Okay.
8  A.  Not to mention they would have seen that there
9      was obviously a connection made somewhere
10     underground or outside the bonnet of that tank
11     which would have been an issue.
12 Q.  Well, okay, let's -- what should they have
13     done after that?
14          If they had recognized that there
15     was like a branch line, what should they have
16     done?
17 A.  Removed that line, made it safe. As a
18     minimum, red tagged the system and presented a
19     bill to the owner saying what needs to be done
20     or what needs to be verified.
21 Q.  They should have dug up the guy's yard?
22 A.  And put a new line in? If that's what the
23     customer wanted to pay for, or they could have
24     simply removed it as in Mr. Arrick's
25     testimony.

---

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

---

Page 30

1 Q.  Well, okay, I think you and I can disagree on
2    what Mr. Arrick has testified to later on when
3    we have it quoted, but if the customer didn't
4    want to do anything, it would have been fine
5    just to have left the line as is?
6 A.  And leave his tank empty so that he has no
7    heat and no propane?  Absolutely.  It's done
8    all the time in the propane industry and the
9    gas industry.
10 Q.  I guess my question would be, if this line was
11    not buried down to the depth you believe that
12    the industry requires it to be buried to, they
13    should not have serviced the property?
14 A.  That's correct.
15 Q.  Okay.
16 A.  Yeah.  Their responsibility -- they're the
17    educated people in the industry.  Any non-code
18    compliance issues need to be tagged, and if
19    severe enough, actually disable the system
20    until corrections are made.
21 Q.  Okay.  And it's your belief that Arrick's
22    should have done a visual inspection every
23    single time they delivered propane?
24 A.  Absolutely.  That's part of their
25    responsibility.  A malfunctioning second stage

---

Page 31

1    regulator from ice, bugs, there are a number
2    of things out there that can cause problems in
3    the system, and that's why a physical
4    walk-around is required in the industry.
5 Q.  You would agree with me, though, that in terms
6    of there were no regulator problems that led
7    to this explosion?
8 A.  That's correct, but putting them -- visually
9    inspecting the regulator also puts you at
10    inspecting the lines at the regulator at the
11    same time.
12 Q.  Okay.  Let me ask this question:  Do you
13    believe that doing a pressure test on the
14    lines is sufficient for purposes of
15    inspection?
16 A.  It depends on the situation.
17 Q.  Well, I guess, give me an example of a
18    situation that you think it would be okay, and
19    then an example of a situation that you think
20    it would not be okay?
21 A.  You have an existing client, you have a full
22    record of their installation and their
23    appliances, their usage, an out-of-gas
24    situation or modifications to the system, a
25    pressure test of the system would be

---

Page 32

1    acceptable knowing the age and condition of
2    the system.
3        Walking into a system that you know
4    nothing about and performing a leak test,
5    which is a low pressure test of the system, is
6    not acceptable as a sole indication of code
7    compliance or corrosion of the system.
8 Q.  Okay.  Would you agree with me that Arrick's
9    in this case did two separate pressure tests
10    on this system?
11 A.  I believe they did leak tests on this system.
12 Q.  All right.  Tell me what is a leak test?
13 A.  A leak test is -- there's two forms of leak
14    tests:  One can simply be spraying a solution
15    that will bubble at a visible leak --
16 Q.  Right.
17 A.  -- and the second is to actually use operating
18    low pressure propane gas in the system and to
19    visually see if there is a drop in pressure.
20 Q.  Okay.
21 A.  A pressure test is actually using an inert gas
22    and pressurizing the system to one-and-a-half
23    times the maximal allowable operating pressure
24    of that system to test its viability.  So much
25    different pressures in those two scenarios.

---

Page 33

1 Q.  Okay.  So you would agree with me that
2    Arrick's did energize the system, though, with
3    50 psi to do their two tests that they did?
4 A.  No, I can't say that.  It appears that they
5    put 50 psi upstream of the first stage
6    regulator in their test, so downstream would
7    be whatever pressure that output of the first
8    stage regulator would be set at, and then your
9    second stage would be inches of water column,
10    so I would consider that to be a low pressure
11    leak test even though they identify it as a
12    pressure test on their documents, and that's
13    based on their training information that was
14    circulated, as well as some of the testimony
15    where they were putting the test manifold.
16 Q.  Okay.  I mean, let me see if I can understand
17    this, because my understanding of it is
18    different from your understanding of it based
19    on the same thing, so let's see if we can
20    figure out where we're disagreeing here.
21 A.  Well, I'm kind of -- I kind of have the same
22    opinion as the Exponent expert.  I think he
23    believes also that a leak test was done and
24    not a pressure test.
25 Q.  Well, I think we can talk about that, but

---

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

---

**Page 34**

1    let's get this down first.
2 A.  Yep.
3 Q.  When you say first stage regulator, that's
4    what's located at the actual tank, right?
5 A.  Correct, and there's a short section of pipe
6    between the service valve on the tank and the
7    actual first stage regulator.
8 Q.  Okay. So this is where -- between the tank
9    and the first stage regulator, that's where
10   Arrick's is doing their pressure test --
11 A.  Yes, that's my --
12 Q.  -- or their test? We'll say test.
13       That's where they're doing their
14   test, is that correct?
15 A.  Yes, that's my understanding.
16 Q.  It goes through the first stage regulator.
17   That regulator drops it down to some level of
18   pressure?
19 A.  Correct.
20 Q.  It then travels through the second stage
21   regulator which drops it down lower?
22 A.  Correct.
23 Q.  Is that correct?
24 A.  That's correct.
25 Q.  Okay. And then they hold it there for five

**Page 35**

1    minutes. Is that your understanding as well?
2 A.  Three minutes, I believe, is what they were
3    saying. Well, some of the forms said five.
4    Their training information said three.
5 Q.  Yeah, I think on the forms for the two tests
6    that they did, it says five minutes each.
7 A.  Yes.
8 Q.  Okay. And then they -- if there's a drop in
9    pressure, that would indicate a leak, is that
10   fair?
11 A.  It could indicate a leak, yes.
12 Q.  And would you agree with me that if there is
13   no drop in pressure, that there is no leak in
14   the system?
15 A.  It could mean that the regulator is locked up
16   as well, meaning that it's not passing any
17   flow, but typically --
18 Q.  Well, then would you at least agree with me
19   that between the part where Arrick's is
20   energizing the system and the second stage
21   regulator, that it has it showing that there
22   are no leaks?
23 A.  Are you saying --
24 Q.  Or are you saying -- you're saying that the
25   first stage regulator could be locked up?

**Page 36**

1 A.  Correct.
2 Q.  Is there any indication from anything you've
3    seen here that that was the case?
4 A.  No. No, I have not seen that.
5 Q.  Right. So you would agree with me, at least
6    you would say that it is more likely than not
7    that the test that they did, if there had been
8    a leak in the system, you would have seen a
9    drop in pressure?
10 A.  What I will say is if they put the service
11   valve upstream of the first stage regulator
12   and they're relying on system pressure and
13   they close the service valve at the tank and
14   the valve did not drop, that would indicate
15   that there are -- it's most likely there are
16   no leaks -- no measurable leaks in the system
17   at the low pressure test.
18 Q.  Okay.
19 A.  All right. Typically, when these tests are
20   done, you know, 10 minutes is the normal time
21   that NFPA recommends, but I'm saying that they
22   were not testing the underground piping at 50
23   psi.
24 Q.  Okay. Do you disagree then that NFPA 58
25   allows you to use propane as a test medium

**Page 37**

1    when you're doing a pressure test?
2 A.  They allow you to use propane when you're
3    using it as a leak test.
4 Q.  Okay, but not as a pressure test?
5 A.  No. NFPA 54 requires inert gases at that
6    point if you're going to be testing at higher
7    pressures.
8 Q.  Okay. What's the difference between 54 and
9    58? NFPA 54 and NFPA 58?
10 A.  54 covers all gases, but typically covers from
11   the point of service, which is what's
12   considered the owner's piping typically, which
13   on a gas house would be from the outlet of the
14   gas meter and for our situation would be
15   considered the outlet of the second stage
16   regulator.
17 Q.  Okay.
18 A.  58 primarily covers the installation of the
19   tank, the type of tank, the piping arrangement
20   from the first to the second stage regulator,
21   sizing of propane gas piping, things like
22   that. So there's some overlap and some
23   separation.
24 Q.  Okay.
25 A.  And then depending on the size, there's also

---

AKF Reporters, Inc.
412-261-2323

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

Page 38

1  different requirements on the system.
2  Q.  Okay.  Would you agree with me that after
3  Arrick's set the new tank in July of 2008 and
4  performed a leak test on the system at that
5  point, would you agree with me that there was
6  no code or regulation that would require they
7  perform an additional leak check on the
8  system?
9  A.  No, modifications to the system would require
10  a leak test to be done.
11  Q.  Are you aware of any modifications that
12  Arrick's did to the system?
13  A.  Well, the installation of the tank would be a
14  modification to the system.
15  Q.  Right.  Maybe it was a bad question on my
16  part.
17  After the installation of that tank,
18  is there any other time that you believe that
19  Arrick's was required to perform a leak test?
20  A.  Only if there would be an out-of-gas
21  situation.  At that point, one should have
22  been done, or if there were any additional
23  modifications made to the system, you know,
24  like the --
25  Q.  Go ahead.  I'm sorry.

Page 39

1  A.  I have not seen it, but, again, your expert
2  report from Exponent had a second stage
3  regulator on the north side of the house.
4  When I was there, it was on the west side of
5  the house.
6  Q.  Right.
7  A.  So, at some point, there should have been
8  another leak test done, an inspection of the
9  system.
10  Q.  Did you also see in that report, though, where
11  Arrick's didn't do the work?  Didn't change
12  the regulator sites?
13  A.  It was marked down as unknown in that report,
14  but, again, every time propane is delivered, a
15  visual inspection, a walk-around needs to be
16  done by the technician, and as soon as
17  somebody saw that a regulator changed, another
18  red flag should have gone up by Arrick.  In
19  fact, at that point, the tank should never
20  have been filled.  Now, that's all
21  post-accident, but that's the way the
22  industry --
23  Q.  Well, that's my question, do you know
24  whether -- one, you don't know whether
25  Arrick's performed this change or not to the

Page 40

1  system?
2  A.  Correct.
3  Q.  Is that fair?
4  A.  Correct.
5  Q.  And you don't know whether that change was
6  performed either before or after the accident
7  occurred?
8  A.  Correct.
9  Q.  Okay.
10  A.  Well, I'm assuming after the accident.
11  Q.  Right.  So I guess between -- let me just ask
12  this again.
13  Between the time the tank was set in
14  July of 2008, after that leak test was
15  performed --
16  A.  Yes.
17  Q.  -- and the time of the accident, you've not
18  seen anything that would indicate that
19  Arrick's should have done another leak check
20  to the system?
21  A.  Between those two dates, I have not seen
22  anything that would trigger it.
23  Q.  Okay.
24  A.  There may be some gaps in the propane
25  deliveries.  You know, an out-of-gas would be

Page 41

1  the only thing that would have triggered that
2  or an addition of an appliance or some other
3  modification to the system.
4  Q.  Okay.  Let's go to page 5 now, and photographs
5  12 and 13, are they your photographs or are
6  they someone else's photographs?
7  THE WITNESS:  Let me fire up --
8  MR. BOLEN:  Sure, let's fire up --
9  THE WITNESS:  You don't have the CD
10  there, do you?
11  MR. WILHOIT:  No.
12  THE WITNESS:  Let me fire up my
13  computer and look on the CD so we can figure
14  out where that photo came from.
15  MR. BOLEN:  Sure, why don't we take
16  like maybe a five-minute break or something.
17  MR. WILHOIT:  Okay.
18  THE WITNESS:  Okay.
19  - - - -
20  (There was a recess in the proceedings.)
21  - - - -
22  MR. WILHOIT:  Back on the record.
23  BY MR. BOLEN:
24  Q.  When we took a little break, we were talking
25  about page 5 of your report, photos 12 and 13,

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

**Page 42**

1 and I had asked if those were photos that you
2 took or if they were from somebody else's
3 file, and you were going to take a look and
4 let me know.
5 A. Yes, I believe that those are not my
6 photographs, and I believe those were -- I
7 believe those were from Jason Green.
8 Q. Okay.
9 A. And 6 would be the same as photo 12, I
10 believe, just blown up a little differently.
11 Q. Oh, okay.
12 A. So the regulator is in there in photo 6 still.
13 Q. Okay. Do you know who removed the regulator
14 from the residence?
15 A. No, I don't.
16 Q. Okay. At the very top, you have listed, on
17 August 9, 2013, Detective Jason Green
18 photographed the property, and this is really
19 just more for clarification of my
20 understanding of it. My understanding was
21 that Jason Green wasn't there until the 12th,
22 but maybe you saw something that put him there
23 earlier than what I did.
24     I was just wondering where you got
25 that from?

**Page 43**

1 A. Yes, that was on the 12th.
2 Q. Okay.
3 A. Jason Green.
4 Q. Okay. Right under the photographs, you
5 have -- I guess the second full sentence says,
6 according to the statements by Mr. Mickey
7 Miller. Who is Mickey Miller?
8     Did you mean Micah, or is this a
9 different person?
10 A. The dad.
11 Q. The dad? Okay.
12 A. Micah's dad.
13 Q. Okay.
14     MR. WILHOIT: But you may have been
15 going on Micah. I don't know. I know Mickey
16 Miller is --
17 A. This would have been during my site visit, so
18 I believe he was out there.
19 Q. Did you take notes of your conversation with
20 him?
21 A. No, I did not. We really didn't have much of
22 a conversation, just kind of showed where
23 everything was and let us into the garage.
24 Q. Okay.
25 A. And I think I may have asked him that one

**Page 44**

1 question.
2 Q. And you talked to him at the site view, is
3 that what you said, that you performed?
4 A. Yeah, he unlocked the garage and showed me
5 where the root cellar was.
6 Q. Okay. And I guess let me just ask, what do
7 you mean by that the system -- the gas line to
8 the garage was not altered or touched?
9 A. Well, I had asked if there were like any --
10 you know, what had been done, you know, around
11 the garage.
12 Q. Okay. I want to skip over to page 6 now. The
13 second paragraph on that page, kind of the
14 last two sentences there, you talk about some
15 weather data obtained for Grayson.
16     Where did you obtain the weather
17 data from?
18 A. I would have looked that up on
19 weatherunderground.com.
20 Q. Okay.
21 A. I believe it just goes by wunderground, the
22 actual IP address.
23 Q. Does that have specific weather for Grayson or
24 is it out of like Huntington or Charleston?
25     The way I'm seeing Weather

**Page 45**

1 Underground work, it's usually from an airport
2 location that they do the weather, but I could
3 be wrong in terms of Grayson, whether they
4 have it specific for Grayson or not?
5 A. Yeah, Weather Underground has additional other
6 than the airports. They also have sub-sites.
7 Q. Mm-hmm.
8 A. So you could usually get pretty close.
9 Q. Okay. We talked about a lot of this stuff
10 here previously, and I'm not going to go back
11 and retread the ground.
12     Do you think there was something in
13 the soil along this garage wall that caused
14 that piping to corrode and degrade?
15 A. Well, let me answer yes and no to that.
16 Q. Okay. Those are my favorite kind of answers.
17 A. To answer that question, I would say yes. As
18 a full explanation, you know, copper is known
19 to react to various types of acids and they
20 could be present in the ground anywhere, not
21 necessarily just at the garage, you know. So
22 I've not seen the piping that ran from the
23 tank direction over towards the garage, but I
24 would surmise that it is in very similar
25 condition to the rest of the piping that was

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

---

**Page 46**

1   visible around the garage.
2 Q.   Okay.
3 A.   Does that make sense?
4       And depending on the contaminant,
5   you know, it can be either increased or
6   decreased based on the surface, the amount of
7   soil above the pipe.
8 Q.   Okay. Would you agree with me that if the
9   pipe had been uncovered, if it was exposed to
10   the atmosphere, that the propane would have
11   likely dissipated out into the atmosphere and
12   not traveled into that cellar?
13 A.   Yes.
14 Q.   Did you do any calculation to determine the
15   amount of propane that had settled in the
16   cellar?
17 A.   No, but obviously it was above the LEL and
18   below the upper limit.
19 Q.   Under the regs and the code sections that you
20   cite in your report, is there a difference
21   between a propane installer and a propane
22   supplier in terms of what they're required to
23   do?
24 A.   Often it's the same company, but an installer
25   in some cases could be a plumber.

---

**Page 47**

1 Q.   Right.
2 A.   You know, in this case, Arrick had both
3   delivery personnel and technicians, as they
4   called them, so they acted as an installer and
5   supplier of propane systems.
6 Q.   Well, yeah, I could appreciate that.
7       I guess my question is do the code
8   sections in terms of duties and obligations
9   that they impose upon entities, do they
10   differentiate between installer and supplier?
11 A.   Some codes do, yes. There are codes that go
12   way back from the manufacturing and
13   distribution of propane for bulk plant
14   operations, but there's overlaps in the codes.
15   Like, verification of mercaptans, you know,
16   has to be done by the manufacturer when
17   they're set up for distribution, as well as
18   any distributors, as well as your local
19   suppliers to the bobtail driver.
20 Q.   In terms of inspecting the system itself, is
21   there a difference between an installer and a
22   supplier?
23 A.   Meaning if I called a plumber to install a new
24   propane furnace as opposed to my propane
25   delivery guy coming out and delivering

---

**Page 48**

1   propane?
2 Q.   Well, I guess here's my question: If Arrick's
3   doesn't -- never changed the tank, if they
4   just keep servicing the property without ever
5   changing out the tank, like, for instance, it
6   never needed to be changed out for whatever,
7   would Arrick's be considered a propane
8   installer or a propane supplier for this
9   residence?
10 A.   They would be considered a propane supplier.
11 Q.   Okay. And I guess if they're -- the thing
12   that makes them -- that changes them from a
13   supplier to an installer is that they took an
14   old tank away and put a new tank in?
15 A.   Correct, and regulators.
16 Q.   Okay. If they are just a supplier of propane,
17   they're just making the deliveries, do they
18   have an obligation to inspect the system?
19 A.   Yes, they do.
20 Q.   Okay. And that obligation exists for each
21   time that they bring a new load of propane?
22 A.   Yes, that is the standard in the industry.
23 Q.   Okay. And if the person who resides there
24   doesn't want them roaming around their
25   property looking at things, it would be --

---

**Page 49**

1   they should just not supply them with any
2   propane on that delivery. Would that be your
3   opinion?
4 A.   I would say that it is their job requirement
5   to do that, and if the owner wanted to assist
6   them in walking the property, I think that's
7   fair.
8 Q.   Well, I guess let's take it a step further and
9   the owner says I don't want you walking around
10   my property at all.
11 A.   Then they shouldn't be delivering propane,
12   because, at a minimum, they need to inspect
13   all the regulators that are outside the home
14   tied to that system.
15 Q.   They should inspect the regulators every
16   single time?
17 A.   Yes.
18 Q.   But you would agree with me that there is --
19   the failure to inspect the regulators every
20   single time did not directly cause this
21   accident?
22 A.   A malfunction in the regulators did not cause
23   the accident.
24 Q.   Right.
25 A.   Inspecting for regulators or inspecting piping

---

Page 50

1   at regulators, I believe, would have -- the
2   incident would not have occurred.
3 Q. Well, let me ask this question:  The piping
4   that was exposed from the ground to the
5   regulator at the garage site, when you were
6   there on your inspection, was that piping
7   corroded?
8 A. I'm sorry, could you rephrase that?
9 Q. Sure.
10      When you were there for your
11  inspection back in September of 2014, the
12  piping that ran from the ground to the second
13  stage regulator on the garage itself, was that
14  piping corroded?
15 A. Yes.
16 Q. Okay.  Did it have holes in it?
17 A. There were areas that they were clearly
18  visible with holes.  There may have been many
19  other areas that had leaks that were not
20  visible.
21 Q. Well, I guess I'm just talking about from
22  the -- like, if the remainder of the pipe had
23  been buried, just a part of the line that
24  ran -- that would run up into the regulator,
25  and I'm saying if we assume that the remainder

Page 51

1   of that had been buried underground, there is
2   some part of it that runs from the ground to
3   the regulator itself, and I'm curious was that
4   part corroded?
5 A. Yes, I believe it was showing signs of
6   corrosion --
7 Q. Okay.
8 A. -- and discoloration, which is corrosion for
9   copper.
10 Q. Okay.  Let's look at page 8, and I'm going to
11  start new service by Arrick at 555 Frontage
12  Road.  You got kind of a bullet point list
13  that goes down through here.
14      Do you believe and it's your opinion
15  that when Arrick's changed out the tank in
16  July of 2008, that they should have done all
17  of these items that you have listed out in
18  bullet points?
19 A. Yes.
20 Q. Okay.  So it's your opinion that they should
21  have ripped up the existing piping at least
22  between the first stage regulator and second
23  stage regulator and installed new pipe there?
24 A. Yes, given the condition of the piping and
25  that there was no indication of any corrosion

Page 52

1   protection as required by NFPA, and my
2   experience in the industry is this is what is
3   done and also included in the Arrick standards
4   for setting a new tank or a new customer.
5 Q. Well, let me ask this:  In 2008, this was
6   not -- this property was not a new customer.
7   Would you agree with me on that?
8 A. In 2007, they were a new customer.
9 Q. Right, I agree with you, but in 2008 were they
10  a new customer?
11 A. That's when they executed their customer form.
12 Q. Okay.  I guess my question is they had been
13  delivering propane there for almost a year at
14  this point, is that correct?
15 A. Yeah, yeah, so they hadn't been following any
16  of the standards for a year prior to even
17  installing the tank.
18 Q. Well, let me ask this question then:  These
19  bullet points are for new tank or for
20  installation, correct?
21 A. Well, let's differentiate between a supplier's
22  duty and an installer's duty.
23 Q. Well, that's what I'm trying to get at here is
24  that from September of 2007 to July of 2008,
25  Arrick's was just a supplier of propane.

Page 53

1   Would you agree with me on that?
2 A. I would agree with that.
3 Q. Okay.  So they didn't become an installer on
4   this property until July of 2008?
5 A. Correct.
6 Q. Okay.  I guess my question is that they had a
7   year of -- almost a year, 10 months, 10 months
8   of service history with this customer, is that
9   fair?
10 A. They had a year of delivering propane without
11  any documentation of any inspections.
12 Q. Well, as a supplier, when they take over the
13  supply of a system, what are they required to
14  do?
15 A. They should inspect the -- inspect and replace
16  or correct deficiencies or take out of service
17  unsafe conditions.  That would include both
18  inside and outside the house.  Before they
19  start delivering propane, they should have
20  even gone into the house, taken all
21  manufacturers' information, model numbers,
22  serial numbers, types of equipment, inspected
23  the regulators.  They should have done, as a
24  minimum, a leak test to ensure that the system
25  was viable.

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

---

**Page 54**

1 Q.  Okay.
2 A.  Because, at that point, you know, they're
3      delivering a hazardous material that can
4      create a dangerous condition.
5 Q.  Right.
6          Well, it looks to me like, if you
7      look at a September of 2007 Arrick's propane
8      service call and service call system check
9      invoice, that they did do a leak test when
10     they took over?
11 A.  Right, and it failed both inside and outside,
12     and they never documented where they corrected
13     the second stage leak in their paperwork.
14 Q.  And I think we should be fair to this.
15         It says that unable to tell if it's
16     a cook stove or leaking system, so they left
17     it off on that date, is that fair?
18 A.  Yep, that's what they should have done.
19 Q.  Okay.  So they come back and they fix -- they
20     come back seven days later and fix -- there
21     was a leaking gauge, so they fix the gauge, is
22     that fair?
23 A.  Yes, and they did a spray test.  They never
24     did a leak test or a pressure test of the
25     system.

---

**Page 55**

1 Q.  Okay.
2 A.  So, technically, there could have been
3      additional leaks in that system.
4          You see where they say --
5 Q.  Well, we know that they did do -- a year later
6      that they did do another pressure test or a
7      leak test that showed the system was fine, is
8      that fair?
9 A.  You mean when they put the new system in?
10 Q.  Yes, sir.
11 A.  They ran a leak test at the first stage
12     regulator for five minutes.
13 Q.  Right, but you read -- I'm assuming you read
14     their deposition testimony where they say that
15     this test energizes the whole system from the
16     point where they put their gauge and pressure
17     system on it all the way to the end device?
18     In this case, let's just use a stove.  That it
19     pressurizes that whole system, this test does?
20 A.  Yes, it does at a low pressure.  At a low
21     pressure.
22 Q.  Go ahead.  I'm sorry.
23 A.  At a low pressure.  It's a leak test, not a
24     pressure test.
25 Q.  Okay.  And that's fine.

---

**Page 56**

1          That they did a leak test that
2      showed the system did not have any leaks in it
3      in 2008?
4 A.  At a low pressure.
5 Q.  I guess I don't understand when you say low
6      pressure.
7          I mean, isn't that what a leak --
8      isn't that how you described a leak test to
9      me?
10 A.  That's what a leak test is, correct.
11 Q.  Right, and so in 2008 when they did this leak
12     test, it indicated that there were no leaks in
13     the system, is that fair?  Can we agree on
14     that?
15 A.  I would agree that their paperwork shows that
16     there is -- there were no leaks detected
17     during the low pressure leak test.
18 Q.  Well, all we have to do -- all we have to go
19     on is their paperwork, is that fair?
20 A.  That's fair, yes.
21 Q.  I mean, there's nothing to you that indicates
22     that, oh, they just wrote down this
23     information without actually performing the
24     test?
25 A.  Well, again, now you're getting into, you

---

**Page 57**

1      know, modifications of the system.  Should a
2      pressure test been done or a leak test been
3      done?
4 Q.  I appreciate that, and I understand your
5      opinion on that.
6          I guess my question is, though,
7      there's nothing to you that indicates that
8      Arrick's, either in the depositions that you
9      read or by the paperwork itself, just wrote
10     this down without doing an actual leak test on
11     the system?
12 A.  Correct.
13 Q.  Okay.  So I guess my question, and maybe it's
14     a bad inference and I'm sure you'll tell me if
15     it is, is that probably most likely this leak
16     that was looked at in September of '07 was
17     probably the cook stove rather than the system
18     leaking since it passed later on?
19 A.  We don't know that.
20 Q.  Okay.  But you would agree with me that it
21     could have been the cook stove and not
22     necessarily a leak in the system itself?
23 A.  Yes, it could have been.  Yes.
24 Q.  Okay.
25 A.  We have nothing documented as far as what was

---

Page 58

1    additionally done on the follow-up visit.
2 Q.  Right.
3        So let me ask this:  Given -- I'm
4    kind of back to page 8 now and these bullet
5    points.  Given that Arrick's originally began
6    this process as a supplier and had almost a
7    year history with this customer, would these
8    bullet points still be required of it just
9    because it set a new tank here at this
10   residence?
11 A.  These bullet points are representative of
12   setting a new tank, but some of them are also
13   representative of just delivering propane.
14 Q.  Okay.
15 A.  You know, the standard in the industry if
16   you're going to sell propane, you need to make
17   sure that the systems are safe.
18 Q.  Right.
19 A.  So some of these steps would still be included
20   in the standard of care for a propane
21   supplier.
22 Q.  Okay.  I guess -- and let's just look at them.
23       In terms of the one where it says
24   new piping is installed between the first
25   stage regulator and second stage regulator and

Page 59

1    pressure tested for leaks, is that something
2    Arrick's should have done given the fact that
3    they had a year -- almost a year history with
4    this customer and they were just setting a new
5    tank at this location?  Is that something they
6    should have done?
7 A.  That's something that is -- my experience is
8    that is something that is done in the industry
9    whenever you have a new customer or you set a
10   new tank and new regulators, and that's also
11   part of Arrick's --
12 Q.  So it would be your opinion then, even if they
13   had been servicing the property for a year,
14   that they set a new tank, that they should
15   have gone in and dug up all the old gas lines
16   and put in new pipe -- I mean, old gas pipes
17   and put in new piping?
18 A.  They should put new piping in and follow their
19   own standard of care that's documented when
20   setting a new tank and regulators.
21 Q.  Okay.
22 A.  You have a known corroded tank and unknown
23   piping and a very short run.  So, again,
24   Arrick's standard is to install new piping
25   between the first stage and second stage, and

Page 60

1    in my experience, that is the standard in the
2    industry and that ensures that the service is
3    safe and up to code.
4 Q.  All right.  And this would be Arrick's policy
5    whether it's a new customer or not?
6       It doesn't matter, just when they
7    set a new tank, it's your belief that Arrick's
8    own internal policies would require this?
9 A.  Yes, the information that they provided,
10   whether it was for setting a tank or a new
11   customer, those steps were included, and it
12   also would require some form of corrosion
13   protection.  So, you know, they had the
14   opportunity of putting plastic pipe in at that
15   point or something that would not corrode.
16 Q.  And it's your understanding that this is
17   standard in the industry across the U.S.?
18 A.  It's pretty much global.
19 Q.  And the reason I ask that is because I've
20   had -- I have propane at my house.  I've had
21   two propane people deliver propane to it and
22   not one of them has ever done anything listed
23   here, and that's three propane suppliers in
24   this area that I'm familiar with, and I'm just
25   curious is that based upon your experience in

Page 61

1    a certain part of the country or is it just
2    your understanding globally?
3 A.  That is my experience nationally.
4 Q.  Okay.
5 A.  I would question your suppliers, because there
6    are many recalls on safety devices on pilots
7    for water heaters, for furnaces, and you will
8    never get those notices because they're sent
9    to your propane supplier.  He's supposed to
10   know what products are installed at every
11   customer, and he is the liaison between the
12   manufacturers for recalls and the equipment
13   that is inside your home.
14 Q.  And you don't believe there's any obligation
15   on the customer's part to provide that
16   information?
17 A.  Do you know what model water heater and gas
18   valve assembly you have on and what was the
19   manufacturing date?
20 Q.  Well, I'll try to walk downstairs and figure
21   it out, I'm not looking at it, but I'm just
22   curious, whether I know it as we sit here or
23   not or whether Mr. Kelly knew it or not as he
24   sat there, I guess my question to you is does
25   the customer have no obligation in this

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

---

**Page 62**

1    process at all?
2 A.  The customer has an obligation that if he
3    smells gas, to follow the steps that were
4    outlined to him by his supplier and to notify
5    his supplier. Okay?
6 Q.  That's their only obligation? They have no
7    other obligations in a system?
8 A.  Most people, 99 percent, other than maybe
9    myself and a bunch of engineers, are -- most
10   people are uneducated users and don't
11   understand the dangers or the complexities or
12   how these systems work, and that's where the
13   supplier comes in with all their training and
14   their expertise.
15 Q.  Okay. I'm going to look at page 9 now, and
16   kind of the first full paragraph you have on
17   there, you cite to the good industry
18   practices, Guidelines for Good Safety
19   Practices in the LP Gas Industry.
20       Is that a U.S. publication? Is it a
21   European publication? Could you kind of tell
22   me where you got that from?
23 A.  That's a global publication. That was just
24   one.
25 Q.  Okay.

**Page 63**

1 A.  I mean, there are others like the GAS Check in
2   the Propane Education Research Council. The
3   one listed there is the World LP Gas
4   Association.
5 Q.  Mm-hmm.
6       The Arrick's document that you were
7   talking about that lists the obligations about
8   new tank setting, is it not titled -- is it
9   titled Setting Tank for a New Customer?
10      I'm looking at page 10 of your
11   report.
12 A.  Well, what was provided was the tank setter
13   checklist, and then, yeah, Setting a Tank for
14   a New Customer.
15 Q.  Right.
16      So this is only for when a new
17   customer comes onto their system, it's not
18   necessarily for an existing customer?
19 A.  It could be an existing customer.
20      They had two different ones that
21   they supplied.
22 Q.  Okay.
23 A.  The second one specifically states, when an
24   Arrick's employee installs a gas tank at a
25   residence, the following procedure is used.

**Page 64**

1 Q.  Okay. And that's contained within Setting
2   Tank for a New Customer, right?
3 A.  That just says Setting --
4 Q.  I'm just trying to read your report. It says:
5   The checklist contains a Setting Tank for a
6   New Customer section, and when an Arrick's
7   employee installs a gas tank at a residence,
8   the following procedure is utilized.
9      Is that two separate documents or
10   one document?
11 A.  Two separate documents --
12 Q.  Okay.
13 A.  -- but they had common steps in them.
14 Q.  The bullet points you have listed below, do
15   they comment about Setting Tank for a New
16   Customer as well as when an Arrick's employee
17   installs a gas tank at a residence, or are
18   they conglomerated from both documents?
19 A.  I'm sorry, I don't understand your question.
20   Could you rephrase?
21 Q.  Sure. You have a bunch of bullet points
22   listed below.
23      Can you tell me which of those
24   bullet points come from Setting Tank for a New
25   Customer versus which come from the other

**Page 65**

1    document, when an Arrick's employee installs a
2   gas tank at a residence?
3 A.  Sure. The specifically Setting Tank for a New
4   Customer, digging the ditch from the tank to
5   the low stage regulator would be number 7,
6   and --
7 Q.  And you're looking at for a new customer,
8   right?
9 A.  Yeah.
10 Q.  Okay.
11 A.  And on the other -- the second document
12   supplied, when an Arrick's employee installs a
13   gas tank at a residence, the following
14   procedure is used, that also is number 7.
15 Q.  Okay.
16 A.  Running the gas line would be number 8 in both
17   documents. Making the connections would be
18   number 9.
19 Q.  In both?
20 A.  Bury the gas line would be number 10 in both.
21 Q.  Okay.
22 A.  And they would continue to -- number 15 would
23   be the last one, pressure test entire system
24   for leaks and spray solution on all
25   connections.

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

Page 66

1  Q.  Okay. So it would be your belief then that
2      these -- that the two documents apply to
3      different situations, one is when there's a
4      new customer, and one is when, I guess, an
5      existing customer needs a new tank?
6  A.  That's how I -- that's how I read them, yes.
7  Q.  Okay. Did you see anything in any of the
8      depositions that discuss these two documents
9      specifically?
10 A.  No, I don't recall reading anything
11     specifically.
12 Q.  Okay. That's fine.
13 A.  Only that whenever they have a new tank put
14     in, they replace both regulators, all second
15     stage regulators and all first stage
16     regulators.
17 Q.  Okay. I'm just looking back through my notes
18     here to see if I have anything else.
19         Do you anticipate doing any
20     additional work in this case?
21 A.  I can't answer that. I'd have to leave that
22     up to my attorney.
23 Q.  Sure. I mean, I guess let me ask this: Have
24     you been asked to do any additional work in
25     this case at this point?

Page 68

1      relief vent in that approximate location by
2      windows or openings in the building.
3  Q.  Okay.
4  A.  But the one thing I noticed, if that's truly
5      where the original second stage regulator was
6      mounted, the garage chimney metal vent was
7      clearly visible from that point.
8  Q.  Okay. Then if -- and it's my understanding
9      Arrick's is denying that they've moved it and
10     it's my understanding that the Coburns denied
11     that they've moved it, so we don't know who
12     moved it, but if Arrick's did not move that
13     regulator from the north side to the west
14     side, do you have a problem with them
15     continuing supplying gas?
16 A.  Absolutely. Any type of changes like that
17     would have been seen and noted on the very
18     next delivery, whenever that would have been,
19     and at that point, they should go through
20     basically, you know, the GAS Check
21     requirements that was in their training
22     material, which would have triggered, you
23     know, additional questions and inspections.
24         MR. WILHOIT: That's all the
25     questions. Thank you.

Page 67

1  A.  Not at this point in time, no.
2          MR. BOLEN: Okay. I think those are
3      all the questions I have at this time. I'll
4      just reserve the right, should he do
5      additional work or formulate additional
6      opinions, to come back and depose him just as
7      to those items.
8          - - - -
9              EXAMINATION
10         - - - -
11 BY MR. WILHOIT:
12 Q.  I want to ask just a couple of questions just
13     to make sure we're clear.
14         Mr. Natoli, there's been some
15     indication that prior to the explosion, the
16     second stage regulator at the house was on the
17     north side of the house and now it's on the
18     west side of the house.
19         When you were looking at the
20     pictures of the location of the regulator on
21     the north side of the house, did you have any
22     problems with its locations in terms of
23     safety?
24 A.  Yeah, there's no way to measure off the
25     pictures, but I would have concerns having a

Page 69

1          MR. BOLEN: I just have maybe a
2      couple of questions.
3          - - - -
4              EXAMINATION
5          - - - -
6  BY MR. BOLEN:
7  Q.  Did either of those two things you just
8      discussed directly lead to the explosion in
9      this case?
10 A.  No, not that I'm aware of.
11         MR. BOLEN: Those are all the
12     questions I have.
13         MR. WILHOIT: Thank you.
14         THE REPORTER: Signature is waived
15     or not?
16         MR. WILHOIT: Do you want to read
17     it?
18         THE WITNESS: Yeah, let me read it.
19         - - - -
20         (Thereupon, the deposition was
21     concluded at 11:45 a.m.)
22         - - - -
23
24
25

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

---

Page 70

1  COMMONWEALTH OF PENNSYLVANIA)       CERTIFICATE
2  COUNTY OF ALLEGHENY       )      SS:
3       I, JoAnn M. Brown, RMR, CRR, a Court Reporter
4  and Notary Public in and for the Commonwealth of
5  Pennsylvania, do hereby certify that the witness,
6  RONALD J. NATOLI, JR. was by me first duly sworn to
7  testify to the truth; that the foregoing deposition
8  was taken at the time and place stated herein; and
9  that the said deposition was recorded
10 stenographically by me and then reduced to printing
11 under my direction, and constitutes a true record of
12 the testimony given by said witness.
13      I further certify that the inspection, reading
14 and signing of said deposition were NOT waived by
15 counsel for the respective parties and by the
16 witness.
17      I further certify that I am not a relative or
18 employee of any of the parties, or a relative or
19 employee of either counsel, and that I am in no way
20 interested directly or indirectly in this action.
21      IN WITNESS WHEREOF, I have hereunto set my
22 hand and affixed my seal of office this 5th day of
23 October, 2015.
24                    _____
25                         Notary Public

---

Page 71

1  COMMONWEALTH OF PENNSYLVANIA    )    E R R A T A
   COUNTY OF ALLEGHENY    )    S H E E T
2
       I, RONALD J. NATOLI, JR. have read the
3  foregoing pages of my deposition given on Tuesday,
   September 29, 2015, and wish to make the following,
4  if any, amendments, additions, deletions or
   corrections:
5
6  Pg. No.  Line No.     Change and reason for change:
7
8
9
10
11
12
13
14
15
16
17
   In all other respects, the transcript is true and
18 correct.
19
20 _____
21      RONALD J. NATOLI, JR.
22 Subscribed and sworn to before me this
   _____ day of _____, 2015.
23
24 _____
25           Notary Public
        Reference No. JB38858

---

Page 72

1              AKF Reporters, Inc.
2                 AKF Building
          436 Boulevard of the Allies
3             Pittsburgh, PA 15219
                 (412) 261-2323
4
5              October 5, 2015
6
7  TO:   William H. Wilhoit, Esq.
       RE:  DEPOSITION OF RONALD J. NATOLI, JR.
8        NOTICE OF NON-WAIVER OF SIGNATURE
9      Please have the deponent read his deposition
10 transcript.  All corrections are to be noted on the
   preceding Errata Sheet.
11     Upon completion of the above, the Deponent must
12 affix his signature on the Errata Sheet, and it is
   to then be notarized.
13     Please forward the signed original of the Errata
14 Sheet to J. David Bolen, Esq., for attachment to the
   Original Transcript, which is now in his possession.
15 Send a copy of same to all counsel, and also a copy
   to me.
16     Please return the completed Errata Sheet within
17 thirty (30) days of receipt hereof.
18
19 JoAnn M. Brown, RMR, CRR
20 Court Reporter
   AKF Reporters, Inc.
21
22
23
24
25

---

## $

**$12,000 (1)**
8:13
**$365 (1)**
8:2

## A

**able (2)**
16:18;17:8
**above (4)**
18:13;19:4;46:7,17
**absolutely (4)**
20:18;30:7,24;68:16
**acceptable (2)**
32:1,6
**accident (5)**
40:6,10,17;49:21,23
**according (1)**
43:6
**acids (1)**
45:19
**across (1)**
60:17
**acted (1)**
47:4
**actual (5)**
22:21;34:4,7;44:22;
57:10
**actually (7)**
23:8;25:12,19;30:19;
32:17,21;56:23
**addition (1)**
41:2
**additional (9)**
38:7,22;45:5;55:3;
66:20,24;67:5,5;68:23
**additionally (1)**
58:1
**address (3)**
4:21,25;44:22
**advise (1)**
19:19
**again (5)**
39:1,14;40:12;56:25;
59:23
**age (1)**
32:1
**agree (24)**
12:2,7;13:24;20:8,
13;21:16,19;31:5;32:8;
33:1;35:12,18;36:5;
38:2,5;46:8;49:18;
52:7,9;53:1,2;56:13,
15;57:20
**ahead (3)**
38:25;55:22
**airport (1)**
45:1
**airports (1)**
45:6

**allow (1)**
37:2
**allowable (1)**
32:23
**allows (1)**
36:25
**almost (5)**
12:8;52:13;53:7;
58:6;59:3
**along (2)**
22:20;45:13
**altered (1)**
44:8
**amount (4)**
12:3;18:7;46:6,15
**analysis (2)**
28:4,9
**anticipate (1)**
66:19
**appears (1)**
33:4
**appliance (1)**
41:2
**appliances (2)**
21:7;31:23
**apply (2)**
27:15;66:2
**appreciate (5)**
17:2;20:22;28:7;
47:6;57:4
**approximate (1)**
68:1
**area (10)**
16:15;17:24;18:22;
25:12;26:15,21;28:20,
23;29:2;60:24
**areas (4)**
26:18;28:25;50:17,
19
**around (6)**
17:7;26:4;44:10;
46:1;48:24;49:9
**arrangement (1)**
37:19
**Arrick (7)**
13:2;15:7;30:2;
39:18;47:2;51:11;52:3
**Arrick's (41)**
4:15;11:8;19:8;21:6,
10,15;23:8;26:22;
28:11;29:24;30:21;
32:8;33:2;34:10;35:19;
38:3,12,19;39:11,25;
40:19;48:2,7;51:15;
52:25;54:7;57:8;58:5;
59:2,11,24;60:4,7;63:6,
24;64:6,16;65:1,12;
68:9,12
**arrow (1)**
24:20
**ascertain (1)**
12:16;14:12
**assembly (2)**

15:7;61:18
**assist (1)**
49:5
**Association (3)**
23:14,22;63:4
**assume (1)**
50:25
**assuming (3)**
26:20;40:10;55:13
**atmosphere (3)**
26:19;46:10,11
**attached (2)**
18:24;24:9
**attorney (2)**
4:13;66:22
**August (1)**
42:17
**aware (3)**
16:3;38:11;69:10
**away (1)**
48:14

## B

**back (14)**
12:15;13:23;16:12;
24:24;27:1;41:22;
45:10;47:12;50:11;
54:19,20;58:4;66:17;
67:6
**background (1)**
12:22
**bad (2)**
38:15;57:14
**based (8)**
10:18;12:5;14:3;
18:16;33:13,18;46:6;
60:25
**basement (1)**
12:4
**basically (1)**
68:20
**become (1)**
53:3
**began (1)**
58:5
**behalf (1)**
4:14
**belief (5)**
18:22;27:19;30:21;
60:7;66:1
**believes (1)**
33:23
**below (7)**
14:8;18:14;19:4;
21:23;46:18;64:14,22
**BIC (1)**
12:8
**bill (2)**
8:7;29:19
**billed (1)**
8:10
**billing (1)**

21:21
**blow (1)**
25:25
**blown (1)**
42:10
**bobtail (1)**
47:19
**BOLEN (9)**
4:8,12;41:8,15,23;
67:2;69:1,6,11
**bonnet (2)**
15:8;29:10
**both (10)**
12:13;15:14;47:2;
53:17;54:11;64:18;
65:16,19,20;66:14
**Bottled (1)**
4:15
**bottom (1)**
22:2
**branch (4)**
13:16,25;14:12;
29:15
**branched (2)**
13:14;14:13
**break (2)**
41:16,24
**bring (2)**
8:14;48:21
**brought (1)**
8:15
**bubble (1)**
32:15
**bugs (1)**
31:1
**building (1)**
68:2
**bulk (1)**
47:13
**bullet (9)**
51:12,18;52:19;58:4,
8,11;64:14,21,24
**bunch (2)**
62:9;64:21
**Bureau (1)**
14:16
**buried (10)**
13:25;18:13;26:13,
16;27:7,14;30:11,12;
50:23;51:1
**bury (2)**
27:10;65:20
**business (4)**
4:20,24;20:18;23:2

## C

**calculation (1)**
46:14
**call (3)**
13:19;54:8,8
**called (2)**
47:4,23

**came (4)**
12:24;13:4;14:20;
41:14
**Can (25)**
7:25;8:10,12,21;
10:12;12:22;14:18;
15:3;16:14;20:22;
22:25;23:6;25:13;
28:21;30:1;31:2;32:14;
33:16,19,25;41:13;
46:5;54:3;56:13;64:23
**care (3)**
23:17;58:20;59:19
**career (1)**
7:15
**case (14)**
4:15;5:2,12;6:7;
8:11;9:22;10:10;32:9;
36:3;47:2;55:18;66:20,
25;69:9
**cases (5)**
5:22,25;6:1,2;46:25
**cause (5)**
12:16,18;31:2;49:20,
22
**caused (1)**
45:13
**CD (2)**
41:9,13
**cellar (5)**
11:23;15:15;44:5;
46:12,16
**certain (1)**
61:1
**certainly (4)**
8:12;27:5;28:2,21
**certification (1)**
10:19
**chain (1)**
23:18
**change (4)**
11:1;39:11,25;40:5
**changed (5)**
11:5;39:17;48:3,6;
51:15
**changes (2)**
48:12;68:16
**changing (2)**
7:10;48:5
**Charleston (1)**
44:24
**Check (11)**
10:19,20;23:11;
28:20,22,23;38:7;
40:19;54:8;63:1;68:20
**checked (1)**
29:3
**checklist (3)**
23:9;63:13;64:5
**chimney (6)**
15:12;16:21;17:9,10;
27:3;68:6
**circled (2)**

21:24;22:9
circles (1)
    22:8
circulated (1)
    33:14
cite (2)
    46:20;62:17
City (1)
    8:9
clarification (1)
    42:19
clear (1)
    67:13
clearly (2)
    50:17;68:7
client (1)
    31:21
close (3)
    5:19;36:13;45:8
Coburns (1)
    68:10
code (7)
    28:16,25;32:6;38:6;
    46:19;47:7;60:3
codes (4)
    9:2;47:11,11,14
column (1)
    33:9
combination (1)
    18:15
coming (2)
    27:3;47:25
comment (1)
    64:15
common (1)
    64:13
companies (1)
    20:6
company (2)
    6:12;46:24
complete (3)
    8:15;11:11,14
completely (1)
    10:6
complexities (1)
    62:11
compliance (3)
    28:17;30:18;32:7
computer (1)
    41:13
concerns (1)
    67:25
concluded (1)
    69:21
condition (5)
    15:10;32:1;45:25;
    51:24;54:4
conditions (1)
    53:17
conglomerated (1)
    64:18
connection (1)
    29:9

connections (2)
    65:17,25
consider (2)
    28:8;33:10
considered (4)
    37:12,15;48:7,10
construction (2)
    6:11;7:8
contained (3)
    13:8;18:23;64:1
contains (1)
    64:5
contaminant (1)
    46:4
continue (1)
    65:22
continuing (1)
    68:15
contractors (1)
    6:13
conversation (2)
    43:19,22
cook (3)
    54:16;57:17,21
cooking (3)
    21:24;22:5,17
coordinator (1)
    6:11
copper (4)
    18:2;19:2;45:18;
    51:9
copy (1)
    10:1
corner (1)
    17:7
corrected (1)
    54:12
corrections (1)
    30:20
corrode (2)
    45:14;60:15
corroded (4)
    50:7,14;51:4;59:22
corroding (1)
    26:10
corrosion (7)
    26:6,14;32:7;51:6,8,
    25;60:12
Council (3)
    23:11,15;63:2
counsel (2)
    12:25;14:21
country (1)
    61:1
couple (3)
    13:9;67:12;69:2
course (3)
    5:15;7:15,22
courses (1)
    10:20
coverage (1)
    28:18
covered (3)

12:21;29:5,5
covers (3)
    37:10,10,18
create (1)
    54:4
curious (4)
    25:9;51:3;60:25;
    61:22
current (2)
    4:20;8:25
custody (1)
    23:17
customer (34)
    21:12,17;22:11;
    27:18;28:3;29:23;30:3;
    52:4,6,8,10,11;53:8;
    58:7;59:4,9;60:5,11;
    61:11,25;62:2;63:9,14,
    17,18,19;64:2,6,16,25;
    65:4,7;66:4,5
customer's (1)
    61:15
CV (1)
    8:25

D

dad (3)
    43:10,11,12
dangerous (2)
    28:6;54:4
dangers (1)
    62:11
dark (1)
    24:19
data (2)
    44:15,17
date (3)
    21:22;54:17;61:19
dated (1)
    9:20
dates (1)
    40:21
David (1)
    4:12
days (1)
    54:20
dealing (1)
    20:23
decreased (1)
    46:6
defects (1)
    28:5
defendant (1)
    4:15
defendants (2)
    5:17;6:2
defense (1)
    5:20
deficiencies (1)
    53:16
degrade (1)
    45:14

deliver (1)
    60:21
delivered (3)
    27:25;30:23;39:14
deliveries (2)
    40:25;48:17
delivering (8)
    27:18;47:25;49:11;
    52:13;53:10,19;54:3;
    58:13
delivery (7)
    22:19;23:2;27:21;
    47:3,25;49:2;68:18
demonstrates (1)
    26:5
denied (1)
    68:10
denying (1)
    68:9
department (1)
    12:18
depending (2)
    37:25;46:4
depends (1)
    31:16
depose (1)
    67:6
deposition (5)
    8:3;9:1;21:4;55:14;
    69:20
depositions (2)
    57:8;66:8
depth (3)
    27:10,14;30:11
described (1)
    56:8
describing (1)
    11:20
design (2)
    6:25;7:21
designed (2)
    6:22;22:12
destructive (1)
    15:5
detached (1)
    16:7
detailed (1)
    11:13
detected (1)
    56:16
Detective (1)
    42:17
determine (1)
    46:14
device (5)
    17:12,13,15;21:7;
    55:17
devices (4)
    19:11;22:22,23;61:6
difference (3)
    37:8;46:20;47:21
different (7)
    13:4;32:25;33:18;

38:1;43:9;63:20;66:3
differentiate (2)
    47:10;52:21
differently (1)
    42:10
difficult (2)
    11:11,14
digging (1)
    65:4
Dinsmore (1)
    4:13
direct (1)
    23:6
direction (1)
    45:23
directly (3)
    6:20;49:20;69:8
disable (1)
    30:19
disagree (2)
    30:1;36:24
disagreeing (1)
    33:20
disclosed (1)
    21:14
discoloration (1)
    51:8
discover (1)
    28:5
discuss (1)
    66:8
discussed (1)
    69:8
discussions (1)
    12:25
disk (4)
    8:15,19,22,23
dissipated (1)
    46:11
distribution (2)
    47:13,17
distributors (1)
    47:18
ditch (1)
    65:4
document (5)
    22:25;63:6;64:10;
    65:1,11
documentation (1)
    53:11
documented (3)
    54:12;57:25;59:19
documents (9)
    10:10;24:18;33:12;
    64:9,11,18;65:17;66:2,
    8
done (31)
    6:6;9:22;10:9;16:4;
    19:13;28:4;29:13,16,
    19;30:7,22;33:23;
    36:20;38:10,22;39:8,
    16;40:19;44:10;47:16;
    51:16;52:3;53:23;

54:18;57:2,3;58:1;
59:2,6,8;60:22
**double (2)**
22:8,13
**down (9)**
28:8;30:11;34:1,17,
21;39:13;51:13;56:22;
57:10
**downstairs (1)**
61:20
**downstream (1)**
33:6
**dozen (1)**
7:19
**Dr (1)**
9:7
**draft (1)**
9:24
**drew (1)**
12:23
**drill (1)**
28:8
**driver (1)**
47:19
**drop (5)**
32:19;35:8,13;36:9,
14
**drops (2)**
34:17,21
**due (1)**
11:22
**dug (1)**
29:21;59:15
**duly (1)**
4:3
**Dunn (1)**
9:13
**During (3)**
5:10;43:17;56:17
**duties (1)**
47:8
**duty (2)**
52:22,22

### E

**earlier (3)**
25:6;26:7;42:23
**easiest (1)**
9:17
**east (1)**
15:11
**educated (1)**
30:17
**Education (3)**
23:10,15;63:2
**either (5)**
26:16;40:6;46:5;
57:8;69:7
**electrical (1)**
6:14
**elements (1)**
26:12

**else (1)**
66:18
**else's (2)**
41:6;42:2
**employee (5)**
63:24;64:7,16;65:1,
12
**employees (1)**
11:9
**empty (1)**
30:6
**end (1)**
55:17
**energize (1)**
33:2
**energizes (1)**
55:15
**energizing (1)**
35:20
**engineering (1)**
6:21
**engineers (1)**
62:9
**enough (2)**
19:25;30:19
**ensure (1)**
53:24
**ensures (1)**
60:2
**entire (1)**
65:23
**entities (1)**
47:9
**equipment (2)**
53:22;61:12
**estimate (1)**
8:12
**European (1)**
62:21
**even (4)**
33:11;52:16;53:20;
59:12
**evidence (2)**
17:12,15
**exact (3)**
16:9;18:21;20:3
**EXAMINATION (3)**
4:6;67:9;69:4
**examined (1)**
4:4
**example (2)**
31:17,19
**except (1)**
8:7
**executed (1)**
52:11
**existing (5)**
31:21;51:21;63:18,
19;66:5
**exists (1)**
48:20
**experience (6)**
20:25;52:2;59:7;

60:1;25;61:3
**expert (6)**
5:11;6:5;9:7,13;
33:22;39:1
**expertise (1)**
62:14
**experts (3)**
8:7,8,8
**explanation (1)**
45:18
**explosion (13)**
5:24;11:21;12:5,7;
14:25;18:12,15,20;
19:5;26:8;31:7;67:15;
69:8
**Exponent (3)**
10:23;33:22;39:2
**Exponent's (1)**
14:4
**exposed (10)**
15:10;18:1,3,7,18;
26:12;27:5;28:2;46:9;
50:4

### F

**fact (3)**
8:3;39:19;59:2
**failed (1)**
54:11
**failure (1)**
49:19
**fair (11)**
35:10;40:3;49:7;
53:9;54:14,17,22;55:8;
56:13,19,20
**fairly (1)**
11:11
**familiar (1)**
60:24
**family (1)**
7:5
**far (3)**
16:6;20:19;57:25
**Farm (1)**
14:16
**favorite (1)**
45:16
**feel (1)**
7:14
**feet (5)**
16:11;17:8;18:7,8,9
**figure (3)**
33:20;41:13;61:20
**file (5)**
8:14,15;25:13,16;
42:3
**filed (1)**
13:8
**files (1)**
11:10
**filled (1)**
39:20

**final (1)**
10:1
**finalized (1)**
10:7
**find (2)**
23:7;28:24
**finding (1)**
8:3
**fine (4)**
30:4;55:7,25;66:12
**fire (4)**
5:23;41:7,8,12
**first (18)**
15:7;28:10;33:5,7;
34:1,3,7,9,16;35:25;
36:11;37:20;51:22;
55:11;58:24;59:25;
62:16;66:15
**firsthand (1)**
16:1
**five (6)**
5:9,15;34:25;35:3,6;
55:12
**five-minute (1)**
41:16
**five-year (2)**
5:10,21
**fix (3)**
54:19,20,21
**flag (1)**
39:18
**flat (2)**
8:5,6
**flow (1)**
35:17
**folder (1)**
24:25
**follow (3)**
11:12;59:18;62:3
**following (4)**
52:15;63:25;64:8;
65:13
**follows (1)**
4:4
**follow-up (1)**
58:1
**Forensic (5)**
5:3,5;6:8,10;7:23
**form (5)**
21:12,17,20;52:11;
60:12
**forms (3)**
32:13;35:3,5
**formulate (1)**
67:5
**frontage (2)**
20:7;51:11
**fuel (3)**
7:11;17:13,18
**fuel-burning (1)**
17:15
**full (7)**
4:17;11:19;13:12;

31:21;43:5;45:18;
62:16
**furnace (4)**
21:24;22:5,17;47:24
**furnaces (1)**
61:7
**further (1)**
49:8

### G

**gaps (1)**
40:24
**garage (36)**
13:15,19;14:12,17;
15:10,12,13,16,22,23;
16:7,7,15,22;17:9,11,
13,14,24;18:3;19:9;
20:10,14;25:8;26:4;
43:23;44:4,8,11;45:13,
21,23;46:1;50:5,13;
68:6
**Gas (34)**
4:15;10:18,20;13:14;
20:16,25;23:11,13,14,
21,22;30:9;32:18,21;
37:13,14,21;44:7;
59:15,16;61:17;62:3,
19;63:1,3,24;64:7,17;
65:2,13,16,20;68:15,20
**gases (2)**
37:5,10
**gather (1)**
22:20
**gathered (2)**
15:18;19:14
**gauge (3)**
54:21,21;55:16
**General (4)**
12:25;15:14;25:11;
26:9
**gets (1)**
10:6
**given (4)**
51:24;58:3,5;59:2
**global (2)**
60:18;62:23
**globally (1)**
61:2
**goes (3)**
34:16;44:21;51:13
**Good (4)**
23:12,16;62:17,18
**grade (2)**
7:6,16
**grandma (1)**
20:20
**Grant (1)**
4:22
**Grayson (2)**
44:15,23;45:3,4
**Green (4)**
42:7,17,21;43:3

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

**ground (10)**
14:1;18:13,14;19:4,
4;45:11,20;50:4,12;
51:2
**guess (25)**
13:18;19:16;21:6;
26:3;28:7,10;30:10;
31:17;40:11;43:5;44:6;
47:7;48:2,11;49:8;
50:21;52:12;53:6;56:5;
57:6,13;58:22;61:24;
66:4,23
**Guidelines (2)**
23:12;62:18
**guy (1)**
47:25
**guy's (1)**
29:21

**H**

**hard (1)**
26:1
**hazardous (1)**
54:3
**heat (1)**
30:7
**heater (1)**
61:17
**heaters (1)**
61:7
**here's (1)**
48:2
**hidden (1)**
28:5
**higher (1)**
37:6
**history (4)**
8:24;53:8;58:7;59:3
**hold (1)**
34:25
**holes (6)**
18:23;19:1,3;26:5;
50:16,18
**home (8)**
15:9;21:8,22;24:5,9,
11;49:13;61:13
**homeowner (1)**
19:18
**homeowners (1)**
20:2
**hourly (1)**
7:25
**house (14)**
13:14;14:13;17:7;
22:6;37:13;39:3,5;
53:18,20;60:20;67:16,
17,18,21
**Huntington (2)**
4:13;44:24

**I**

**ice (1)**
31:1
**identify (1)**
33:11
**immediately (3)**
11:21,24;12:8
**impose (1)**
47:9
**Inc (1)**
4:16
**inches (2)**
29:6;33:9
**incident (3)**
11:20;13:10;50:2
**include (2)**
13:6;53:17
**included (3)**
52:3;58:19;60:11
**including (1)**
20:5
**increased (1)**
46:5
**indicate (5)**
26:11;35:9,11;36:14;
40:18
**indicated (1)**
56:12
**indicates (2)**
56:21;57:7
**indicating (1)**
25:21
**indication (4)**
32:6;36:2;51:25;
67:15
**individuals (1)**
10:16
**industry (19)**
9:2;16:23;19:12;
22:18;23:13;30:8,9,12,
17;31:4;39:22;48:22;
52:2;58:15;59:8;60:2,
17;62:17,19
**inert (2)**
32:21;37:5
**inference (1)**
57:14
**information (22)**
10:21;11:5;12:23;
13:1;14:19;15:18;16:8;
19:14;21:15;22:11,20;
23:4,5,9,16,20;33:13;
35:4;53:21;56:23;60:9;
61:16
**inside (5)**
17:12,13;53:18;
54:11;61:13
**inspect (10)**
22:22;24:11;27:22;
28:1;48:18;49:12,15,
19;53:15,15
**inspected (6)**
6:20;15:10;17:23,25;
28:16;53:22

**inspecting (5)**
31:9,10;47:20;49:25,
25
**inspection (14)**
14:6,10,22;15:20;
16:24;19:13;25:8;
27:25;30:22;31:15;
39:8,15;50:6,11
**inspections (2)**
53:11;68:23
**install (2)**
47:23;59:24
**installation (7)**
6:25;23:22;31:22;
37:18;38:13,17;52:20
**installations (1)**
6:13
**installed (6)**
15:18;27:16;28:3;
51:23;58:24;61:10
**installer (10)**
6:17;19:20;46:21,24;
47:4,10,21;48:8,13;
53:3
**installers (1)**
6:19
**installer's (1)**
52:22
**installing (1)**
52:17
**installs (5)**
63:24;64:7,17;65:1,
12
**instance (1)**
48:5
**interest (2)**
20:15,17
**internal (1)**
60:8
**into (9)**
7:22;11:22;32:3;
43:23;46:11,12;50:24;
53:20;56:25
**Introduction (1)**
11:18
**investigators (1)**
18:17
**invoice (1)**
54:9
**invoices (1)**
8:24
**involve (1)**
5:23
**involved (3)**
5:22;6:24;7:14
**IP (1)**
44:22
**issue (1)**
29:11
**issues (1)**
30:18
**items (8)**
8:17,19,21,22;10:25;

27:11;51:17;67:7

**J**

**Jarrod (2)**
22:12,15
**Jason (4)**
42:7,17,21;43:3
**job (1)**
49:4
**Joseph (1)**
4:19
**JR (2)**
4:2,19
**July (9)**
9:20;10:8,13;11:2;
38:3;40:14;51:16;
52:24;53:4

**K**

**keep (1)**
48:4
**Kelly (8)**
12:4;20:9,24;21:5;
22:1,12,15;61:23
**Kelly's (2)**
12:10,12
**Kentucky (1)**
14:16
**kind (20)**
5:14;9:15;10:1;
11:11,20;12:20;13:1,5;
15:3;25:21;26:1;33:21,
21;43:22;44:13;45:16;
51:12;58:4;62:16,21
**knew (3)**
20:25;21:3;61:23
**K-N-O-W (1)**
19:22
**knowing (1)**
32:1
**known (4)**
19:11;28:20;45:18;
59:22

**L**

**large (1)**
6:11
**last (6)**
4:9;5:15;11:19;
14:15;44:14;65:23
**later (4)**
30:2;54:20;55:5;
57:18
**layout (1)**
15:15
**lead (1)**
69:8
**leak (38)**
11:22;32:4,11,12,13,
13,15;33:11,23;35:9,

11,13;36:8;37:3;38:4,
7,10,19;39:8;40:14,19;
53:24;54:9,13,24;55:7,
11,23;56:1,7,8,10,11,
17;57:2,10,15,22
**leaking (3)**
54:16,21;57:18
**leaks (10)**
35:22;36:16,16;
50:19;55:3;56:2,12,16;
59:1;65:24
**least (5)**
8:16;22:4;35:18;
36:5;51:21
**leave (2)**
30:6;66:21
**led (1)**
31:6
**left (2)**
30:5;54:16
**LEL (1)**
46:17
**length (2)**
18:6,19
**level (1)**
34:17
**liaison (1)**
61:11
**lighter (4)**
12:8,10,10,11
**lighters (2)**
12:14,14
**likely (4)**
36:6,15;46:11;57:15
**limit (1)**
46:18
**line (22)**
13:14,19,20;14:13,
13,17;15:11;19:9;
20:16;26:7,15;28:24;
29:4,15,17,22;30:5,10;
44:7;50:23;65:16,20
**lines (14)**
17:23;18:1;19:20;
20:1,25;21:14;26:9;
27:14,22;28:14,16;
31:10,14;59:15
**list (2)**
8:17;51:12
**listed (7)**
11:1;42:16;51:17;
60:22;63:3;64:14,22
**lists (1)**
63:7
**little (4)**
5:9;15:2;41:24;
42:10
**load (1)**
48:21
**local (1)**
47:18
**located (8)**
8:8;16:14,16;20:1;

21:7;25:12,22;34:4
**location (8)**
  15:9;17:5;19:20;
  20:4;45:2;59:5;67:20;
  68:1
**locations (1)**
  67:22
**locked (2)**
  35:15,25
**long (4)**
  4:24;5:8;6:5;14:25
**look (13)**
  5:14,15;13:9;22:25;
  23:6;24:3,25;41:13;
  42:3;51:10;54:7;58:22;
  62:15
**looked (6)**
  10:12;26:7,21,25;
  44:18;57:16
**looking (7)**
  21:17;48:25;61:21;
  63:10;65:7;66:17;
  67:19
**looks (3)**
  18:25;26:14;54:6
**lot (1)**
  45:9
**low (11)**
  32:5,18;33:10;36:17;
  55:20,20,23;56:4,5,17;
  65:5
**lower (1)**
  34:21
**LP (4)**
  23:13,14;62:19;63:3

**M**

**main (2)**
  13:20;14:13
**Mainly (1)**
  15:5
**makes (1)**
  48:12
**making (2)**
  48:17;65:17
**malfunction (1)**
  49:22
**malfunctioning (1)**
  30:25
**management (1)**
  6:12
**manifold (1)**
  33:15
**manufacturer (1)**
  47:16
**manufacturers (1)**
  61:12
**manufacturers' (1)**
  53:21
**manufacturing (2)**
  47:12;61:19
**many (4)**

5:22;7:13;50:18;
  61:6
**marked (2)**
  21:20;39:13
**material (1)**
  54:3;68:22
**materials (1)**
  9:6
**matter (1)**
  60:6
**Matthews (1)**
  9:9
**maximal (1)**
  32:23
**May (16)**
  5:1;14:5,8,21;20:6,
  11,12;21:9;23:20;
  26:18;27:4,4;40:24;
  43:14,25;50:18
**Maybe (8)**
  5:19;20:15;38:15;
  41:16;42:22;57:13;
  62:8;69:1
**mean (13)**
  11:25;21:12;22:7;
  33:16;35:15;43:8;44:7;
  55:9;56:7,21;59:16;
  63:1;66:23
**meaning (2)**
  35:16;47:23
**measurable (1)**
  36:16
**measure (2)**
  16:6;67:24
**measurement (1)**
  16:9
**measurements (1)**
  15:14
**mechanical (1)**
  6:14
**medium (1)**
  36:25
**members (1)**
  7:5
**mention (1)**
  29:8
**MEP (1)**
  6:10
**mercaptans (1)**
  47:15
**metal (4)**
  15:12;16:21;27:3;
  68:6
**meter (1)**
  37:14
**Micah (2)**
  43:8,15
**Micah's (1)**
  43:12
**Mickey (3)**
  43:6,7,15
**might (3)**
  8:22;9:16;11:12

**Miller (4)**
  12:4;43:7,7,16
**Miller's (1)**
  12:11
**mind (1)**
  9:3
**mine (2)**
  25:14,18
**Minimum (4)**
  21:21;29:18;49:12;
  53:24
**minutes (5)**
  35:1,2,6;36:20;55:12
**mixture (2)**
  6:3,4
**Mm-hmm (7)**
  10:2;12:20;13:11;
  15:17;23:19;45:7;63:5
**model (3)**
  22:21;53:21;61:17
**modification (2)**
  38:14;41:3
**modifications (5)**
  31:24;38:9,11,23;
  57:1
**months (2)**
  53:7,7
**more (2)**
  36:6;42:19
**most (6)**
  5:10;20:2;36:15;
  57:15;62:8,9
**mounted (2)**
  27:2;68:6
**move (3)**
  16:17;17:6;68:12
**moved (4)**
  5:1;68:9,11,12
**much (9)**
  8:10;9:3;13:7;18:1,2,
  18;32:24;43:21;60:18
**myself (1)**
  62:9

**N**

**name (4)**
  4:9,12,18;21:22
**National (1)**
  23:21
**nationally (1)**
  61:3
**NATOLI (5)**
  4:2,9,10,19;67:14
**necessarily (6)**
  17:21,22;28:19;
  45:21;57:22;63:18
**need (5)**
  23:6;27:21;30:18;
  49:12;58:16
**needed (2)**
  27:11;48:6
**needs (6)**

19:24;27:13;29:19,
  20;39:15;66:5
**new (52)**
  7:8,12;8:9;20:19;
  21:12,17;27:15;28:2,3;
  29:22;38:3;47:23;
  48:14,21;51:11,23;
  52:4,4,6,8,10,19;55:9;
  58:9,12,24;59:4,9,10,
  10,14,16,17,18,20,24;
  60:5,7,10;63:8,9,14,16;
  64:2,6,15,24;65:3,7;
  66:4,5,13
**next (1)**
  68:18
**NFPA (8)**
  9:2,3;36:21,24;37:5,
  9,9;52:1
**N-O (1)**
  19:23
**non-code (1)**
  30:17
**Nope (1)**
  21:22
**normal (1)**
  36:20
**north (6)**
  15:11;24:11;39:3;
  67:17,21;68:13
**note (4)**
  11:21;14:15;17:11;
  26:1
**noted (1)**
  68:17
**notes (3)**
  9:1;43:19;66:17
**noticed (2)**
  18:23;68:4
**notices (1)**
  61:8
**notify (1)**
  62:4
**number (8)**
  18:21;31:1;65:5,14,
  16,18,20,22
**numbers (4)**
  22:21,21;53:21,22

**O**

**obligation (8)**
  19:8,19;48:18,20;
  61:14,25;62:2,6
**obligations (3)**
  47:8;62:7;63:7
**obtain (1)**
  44:16
**obtained (2)**
  22:11;44:15
**obtaining (1)**
  23:3
**obviously (2)**
  29:9;46:17

**occurred (5)**
  11:22;12:7;13:25;
  40:7;50:2
**occurs (1)**
  13:17
**off (5)**
  13:18,20;14:13;
  54:17;67:24
**Often (1)**
  46:24
**Ogle (1)**
  9:7
**oil (2)**
  7:11;17:18
**old (3)**
  48:14;59:15,16
**one (23)**
  8:5,6;9:11;12:14;
  18:16;24:9;25:1,10;
  27:10;32:14;38:21;
  39:24;43:25;58:23;
  60:22;62:24;63:3,23;
  64:10;65:23;66:3,4;
  68:4
**one-and-a-half (1)**
  32:22
**ones (1)**
  63:20
**only (9)**
  9:21;25:5;27:15;
  29:5;38:20;41:1;62:6;
  63:16;66:13
**onto (1)**
  63:17
**open (1)**
  26:19
**openings (1)**
  68:2
**operating (2)**
  32:17,23
**operations (1)**
  47:14
**opinion (12)**
  11:14;16:25;19:3,6;
  26:6,20;33:22;49:3;
  51:14,20;57:5;59:12
**opinions (3)**
  11:1,3;67:6
**opportunity (1)**
  60:14
**opposed (1)**
  47:24
**order (1)**
  12:16
**orders (1)**
  13:2
**origin (1)**
  12:19
**original (1)**
  68:5
**originally (1)**
  58:5
**originated (1)**

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

14:8
others (1)
63:1
out (20)
7:10;8:7;13:5;16:21;
23:5,12;27:9;31:2;
33:20;41:14;43:18;
44:24;46:11;47:25;
48:5,6;51:15,17;53:16;
61:21
outlet (2)
37:13,15
outlined (1)
62:4
out-of-gas (3)
31:23;38:20;40:25
output (1)
33:7
outside (4)
29:10;49:13;53:18;
54:11
over (15)
5:9,14,21;7:14;10:6;
15:2;26:22;27:13,17,
20;28:12;44:12;45:23;
53:12;54:10
overlap (1)
37:22
overlaps (1)
47:14
oversee (1)
6:12
overseen (1)
6:20
own (3)
12:5;59:19;60:8
owned (2)
15:6;20:5
owner (4)
19:10;29:19;49:5,9
owner's (1)
37:12

**P**

PA (1)
4:23
page (12)
8:17;11:16;19:1;
24:2;41:4,25;44:12,13;
51:10;58:4;62:15;
63:10
paperwork (4)
54:13;56:15,19;57:9
paragraph (4)
13:13;14:15;44:13;
62:16
part (1)
25:16;30:24;35:19;
38:16;50:23;51:2,4;
59:11;61:1,15
particular (1)
26:15

passed (1)
57:18
passing (1)
35:16
past (1)
7:6
pay (1)
29:23
people (5)
22:20;30:17;60:21;
62:8,10
percent (5)
5:16,20,20;18:5;62:8
perform (2)
38:7,19
performed (6)
14:22;38:4;39:25;
40:6,15;44:3
performing (2)
32:4;56:23
period (2)
5:10,22
person (5)
19:17,24;22:16;43:9;
48:23
personnel (1)
47:3
phone (2)
21:22,23
photo (9)
24:3;25:14,16,18,20;
26:3;41:14;42:9,12
photograph (2)
18:25;26:4
photographed (3)
15:6,12;42:18
photographs (9)
9:1;18:24;24:15,16;
41:4,5,6;42:6;43:4
photos (2)
41:25;42:1
physical (2)
27:24;31:3
picture (1)
24:25
pictures (3)
25:11;67:20,25
pilots (1)
61:6
pipe (9)
18:13,18;34:5;46:7,
9;50:22;51:23;59:16;
60:14
pipes (1)
59:16
piping (24)
14:4;18:23;27:5,6;
28:2;36:22;37:12,19,
21;45:14,22,25;49:25;
50:3,6,12,14;51:21,24;
58:24;59:17,18,23,24
pique (2)
20:15,17

Pittsburgh (1)
4:23
plaintiff (1)
5:20
plaintiffs (2)
5:18;6:2
plaintiffs' (1)
9:12
plant (1)
47:13
plastic (1)
60:14
please (2)
4:17,21
plumber (2)
46:25;47:23
plumbing (1)
6:14
point (17)
16:24;29:4;37:6,11;
38:5,21;39:7,19;51:12;
52:14;54:2;55:16;
60:15;66:25;67:1;68:7,
19
pointing (1)
25:11
points (9)
24:20;51:18;52:19;
58:5,8,11;64:14,21,24
policies (1)
60:8
policy (1)
60:4
position (1)
6:9
possible (2)
28:23;29:2
possibly (1)
16:11
post-accident (1)
39:21
practice (1)
22:24
Practices (4)
23:13,16;62:18,19
preparation (1)
9:19
present (1)
45:20
presented (1)
29:18
pressure (34)
31:13,25;32:5,9,18,
19,21,23;33:7,10,12,
24;34:10,18;35:9,13;
36:9,12,17;37:1,4;
54:24;55:6,16,20,21,
23,24;56:4,6,17;57:2;
59:1;65:23
pressures (2)
32:25;37:7
pressurizes (1)
55:19

pressurizing (1)
32:22
pretty (4)
9:3;13:7;45:8;60:18
previous (3)
7:9,21;10:2
previously (1)
45:10
primarily (1)
37:18
prior (6)
6:9;8:18;12:5;14:6;
52:16;67:15
probably (10)
5:19,25;7:19;8:12;
11:18;18:5,9;20:21;
57:15,17
problem (1)
68:14
problems (4)
11:7;31:2,6;67:22
procedure (3)
63:25;64:8;65:14
proceedings (1)
41:20
process (3)
6:14;58:6;62:1
produced (2)
23:14,21
producing (2)
8:18;10:8
products (1)
61:10
professional (1)
20:18
propane (81)
5:23,23;6:16,19,24;
7:1,2,7,11,13;11:22;
13:13;16:6,13;17:12,
13,17,21;18:2;19:9,12,
19,20;20:1;21:1,6,7;
22:5,17,19;23:1,10,15,
17,21;26:23;27:13,18,
25;28:12,14,15;30:7,8,
23;32:18;36:25;37:2,
21;39:14;40:24;46:10,
15,21,21;47:5,13,24,
24;48:1,7,8,10,16,21;
49:2,11;52:13,25;
53:10,19;54:7;58:13,
16,20;60:20,21,21,23;
61:9;63:2
proper (1)
28:17
property (16)
8:25;16:14;19:21,25;
20:5,7;24:17;30:13;
42:18;48:4,25;49:6,10;
52:6;53:4;59:13
protection (2)
52:1;60:13
provide (1)
61:15

provided (6)
13:3;23:10;24:18;
25:13;60:9;63:12
psi (3)
33:3,5;36:23
publication (3)
62:20,21,23
publishes (1)
23:16
purposes (1)
31:14
put (12)
7:5;29:22;33:5;
36:10;42:22;48:14;
55:9,16;59:16,17,18;
66:13
puts (1)
31:9
putting (3)
31:8;33:15;60:14

**Q**

quoted (1)
30:3

**R**

raised (1)
29:11
ran (5)
19:9;45:22;50:12,24;
55:11
rate (4)
8:1,5,6,7
rather (1)
57:17
react (1)
45:19
read (10)
9:8,9;26:1;55:13,13;
57:9;64:4;66:6;69:16,
18
reading (1)
66:10
really (3)
21:1;42:18;43:21
reason (2)
25:5;60:19
rebuttal (2)
10:24;14:4
recall (1)
66:10
recalls (2)
61:6,12
recess (1)
41:20
recognized (1)
29:14
recommendations (1)
27:10
recommends (1)
36:21

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

reconfigured (1)
14:5
record (3)
4:18;31:22;41:22
records (5)
10:15,18;11:7;21:5,
21
red (2)
29:18;39:18
regs (1)
46:19
regulation (1)
38:6
regulator (52)
15:7,21,22,25;16:4,
16;20:10,14;24:5,13,
21;25:7,19;27:2;29:4;
31:1,6,9,10;33:6,8;
34:3,7,9,16,17,21;
35:15,21,25;36:11;
37:16,20;39:3,12,17;
42:12,13;50:5,13,24;
51:3,22,23;55:12;
58:25,25;65:5;67:16,
20;68:5,13
regulators (16)
15:19;24:8;28:1;
48:15;49:13,15,19,22,
25;50:1;53:23;59:10,
20;66:14,15,16
relief (1)
68:1
relying (1)
36:12
remainder (2)
50:22,25
removed (5)
14:17;15:24;29:17,
24;42:13
rephrase (2)
50:8;64:20
replace (2)
53:15;66:14
report (30)
5:2;8:16,18;9:13,15,
19,21;10:3,8,13,14,23,
24,24;11:2,17;13:1,8;
14:4;17:11;18:25;24:3;
26:1;39:2,10,13;41:25;
46:20;63:11;64:4
REPORTER (1)
69:14
reports (3)
9:7,24;12:17
representative (2)
58:11,13
require (4)
38:6;9;60:8,12
required (6)
31:4;38:19;46:22;
52:1;53:13;58:8
requirement (1)
49:4

requirements (2)
38:1;68:21
requires (2)
30:12;37:5
Research (3)
23:10,15;63:2
reserve (1)
67:4
residence (12)
15:13;19:18;26:23;
28:13;42:14;48:9;
58:10;63:25;64:7,17;
65:2,13
resident (1)
20:19
residential (7)
6:23;7:1,2,6,7,13,16
resides (1)
48:23
residing (1)
19:17
responsibility (5)
19:11;27:17,20;
30:16,25
responsible (2)
23:2,3
rest (1)
45:25
retained (2)
6:1;9:12
retread (1)
45:11
review (7)
9:6;10:10,25;11:4,6;
12:15;21:4
reviewed (4)
8:17;9:6;10:15,19
right (33)
4:9,10;5:8;7:24;
9:24;17:17;21:11,23;
25:23;29:3;32:12,16;
34:4;36:5,19;38:15;
39:6;40:11;43:4;47:1;
49:24;52:9;54:5,11;
55:13;56:11;58:2,18;
60:4;63:15;64:2;65:8;
67:4
righty (1)
24:1
ripped (1)
51:21
Road (1)
51:12
roaming (1)
48:24
Robinson (1)
5:3
Robson (5)
5:5,6;6:8,10;7:23
RONALD (2)
4:2,19
roof (1)
27:4

root (2)
15:15;44:5
Rule (1)
13:7
run (4)
7:22;20:6;50:24;
59:23
Running (1)
65:16
runs (1)
51:2

**S**

safe (3)
29:17;58:17;60:3
Safety (4)
23:13;61:6;62:18;
67:23
same (17)
5:21;8:7;14:15;
20:22;22:7;25:4;31:11;
33:19,21;42:9;46:24
sat (1)
61:24
save (1)
10:2
saw (4)
20:14,20;39:17;
42:22
saying (10)
4:9;22:12,15;29:19;
35:3,23,24,24;36:21;
50:25
scenarios (1)
32:25
second (34)
11:19;13:12;15:8,9,
21,22,25;16:4,15;
20:10,14;24:20;25:7;
28:1;30:25;32:17;33:9;
34:20;35:20;37:15,20;
39:2;43:5;44:13;50:12;
51:22;54:13;58:25;
59:25;63:23;65:11;
66:14;67:16;68:5
section (8)
11:18;12:20,22;13:6,
10;21:20;34:5;64:6
sections (2)
46:19;47:8
seeing (1)
44:25
seemed (1)
11:10
sell (1)
58:16
sense (2)
12:18;46:3
sent (1)
61:8
sentence (3)
11:19;14:16;43:5

sentences (1)
44:14
separate (3)
32:9;64:9,11
separation (1)
37:23
September (6)
14:23;15:20;50:11;
52:24;54:7;57:16
serial (2)
22:21;53:22
Service (12)
4:16;14:17;34:6;
36:10,13;37:11;51:11;
53:8,16;54:8,8;60:2
serviced (1)
30:13
servicing (2)
48:4;59:13
set (8)
33:8;38:3;40:13;
47:17;58:9;59:9,14;
60:7
setter (2)
23:9;63:12
setting (14)
52:4;58:12;59:4,20;
60:10;63:8,9,13;64:1,3,
5,15,24;65:3
settled (1)
46:15
seven (1)
54:20
severe (1)
30:19
shallow-buried (1)
27:6
shallowly (1)
27:7
sheriff's (3)
12:17;13:1,8
Shohl (1)
4:13
short (2)
34:5;59:23
showed (4)
43:22;44:4;55:7;
56:2
showing (2)
35:21;51:5
shows (1)
56:15
side (12)
7:21;15:11;21:10;
24:7,11;39:3,4;67:17,
18,21;68:13,14
Signature (1)
69:14
signed (2)
22:1;28:3
signs (1)
51:5
similar (1)

45:24
simply (2)
29:24;32:14
single (3)
30:23;49:16,20
sit (1)
61:22
site (12)
9:1;14:22,25;15:4,
15;16:12,24;18:3;
19:13;43:17;44:2;50:5
sites (1)
39:12
situation (6)
31:16,18,19,24;
37:14;38:21
situations (1)
66:3
size (1)
37:25
sizing (1)
37:21
sketch (1)
8:25
skip (1)
44:12
smells (1)
62:3
soil (2)
45:13;46:7
sole (1)
32:6
solution (2)
32:14;65:24
somebody (3)
27:17;39:17;42:2
someone (5)
20:13;27:8,12,20;
41:6
somewhere (2)
16:10;29:9
soon (1)
39:16
sorry (4)
38:25;50:8;55:22;
64:19
sources (1)
13:5
speak (1)
20:19
specialty (1)
8:8
specific (2)
44:23;45:4
specifically (5)
20:24;63:23;65:3;
66:9,11
specifications (1)
29:1
spin (1)
13:18
spot (2)
28:20,22

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

spray (2)
54:23;65:24
spraying (1)
32:14
stage (44)
15:7,8,9,21,22,25;
16:4,15;20:10,14;22:8,
14;24:20;25:7;28:1;
30:25;33:5,8,9;34:3,7,
9,16,20;35:20,25;
36:11;37:15;20;39:2;
50:13;51:22,23;54:13;
55:11;58:25,25;59:25,
25;65:5;66:15,15;
67:16;68:5
standard (11)
16:23;19:12;22:19,
24;48:22;58:15,20;
59:19,24;60:1,17
standards (4)
9:2;27:9;52:3,16
standing (3)
16:13,17,20
standpoint (1)
6:21
start (3)
11:16;51:11;53:19
started (1)
6:8
state (2)
4:17;20:2
statements (1)
43:6
states (1)
63:23
step (1)
49:8
steps (4)
58:19;60:11;62:3;
64:13
still (4)
28:24;42:12;58:8,19
stove (5)
22:17;54:16;55:18;
57:17,21
Street (1)
4:22
strengthened (1)
11:4
struck (1)
12:9
stuff (1)
45:9
style (2)
7:2,7
sub-sites (1)
45:6
sufficient (1)
31:14
Suite (1)
4:22
summary (1)
13:2

supervised (1)
6:19
supplied (3)
11:8;63:21;65:12
supplier (16)
46:22;47:5,10,22;
48:8,10,13,16;52:25;
53:12;58:6,21;61:9;
62:4,5,13
suppliers (3)
47:19;60:23;61:5
supplier's (1)
52:21
supply (3)
23:18;49:1;53:13
supplying (4)
26:22;27:13;28:12;
68:15
supposed (1)
61:9
Sure (16)
8:24;14:3,20;23:8;
24:24;26:2;28:17;41:8,
15;50:9;57:14;58:17;
64:21;65:3;66:23;
67:13
surface (1)
46:6
surmise (2)
22:18;45:24
sworn (1)
4:3
synthesized (1)
13:5
system (63)
6:24;7:1,2;22:13,14;
27:15;28:4,6;29:18;
30:19;31:3,24,25;32:2,
3,5,7,10,11,18,22,24;
33:2;35:14,20;36:8,12,
16;38:1,4,8,9,12,14,23;
39:9;40:1,20;41:3;
44:7;47:20;48:18;
49:14;53:13,24;54:8,
16,25;55:3,7,9,15,17,
19;56:2,13;57:1,11,17,
22;62:7;63:17;65:23
systems (11)
6:21;7:8,9,11,13;
21:1;22:6;23:23;47:5;
58:17;62:12

## T

tagged (2)
29:18;30:18
talk (4)
13:12,13;33:25;
44:14
talked (2)
44:2;45:9
talking (5)
18:19;25:6;41:24;

50:21;63:7
tank (63)
13:23;14:5,8,9;15:6,
6;16:7,14,17,18,20;
17:5,6;23:9;28:2;
29:10;30:6;34:4,6,8;
36:13;37:19,19;38:3,
13,17;39:19;40:13;
45:23;48:3,5,14,14;
51:15;52:4,17,19;58:9,
12;59:5,10,14,20,22;
60:7,10;63:8,9,12,13,
24;64:2,5,7,15,17,24;
65:2,3,4,13;66:5,13
tanks (1)
7:17
technically (1)
55:2
technician (2)
19:14;39:16
technicians (1)
47:3
tenant (3)
19:7,18;20:9
terms (17)
5:18;6:6,7,23;9:19;
11:6;14:10;17:10;18:6;
26:13;31:5;45:3;46:22;
47:8,20;58:23;67:22
test (51)
31:13,25;32:4,5,12,
13,21,24;33:6,11,12,
15,23,24;34:10,12,12,
14;36:7,17,25;37:1,3,4;
38:4,10,19;39:8;40:14;
53:24;54:9,23,24,24;
55:6,7,11,15,19,23,24;
56:1,8,10,12,17,24;
57:2,2,10;65:23
tested (1)
59:1
testified (2)
4:4;30:2
testifying (1)
6:7
testimony (10)
5:11,16,18;8:24;
12:6;18:16;21:9;29:25;
33:14;55:14
testing (3)
16:3;36:22;37:6
tests (6)
32:9,11,14;33:3;
35:5;36:19
Thereupon (1)
69:20
thorough (2)
28:4,9
though (5)
31:5;33:2,11;39:10;
57:6
Three (3)
35:2,4;60:23

tied (1)
49:14
times (1)
32:23
titled (2)
63:8,9
today (2)
4:14;8:14
told (2)
22:4,16
took (9)
15:14;24:16;25:2;
26:22;28:12;41:24;
42:2;48:13;54:10
top (3)
14:2;15:13;42:16
total (1)
8:10
touched (1)
44:8
towards (2)
13:23;45:23
training (12)
10:15,19,20;11:6,8,
12,15;23:11;33:13;
35:4;62:13;68:21
traveled (1)
46:12
travels (1)
34:20
trigger (1)
40:22
triggered (2)
41:1;68:22
truly (1)
68:4
try (1)
61:20
trying (3)
28:7;52:23;64:4
T's (1)
13:20
tubing (3)
18:3;19:2;26:4
turn (1)
24:2
two (15)
21:24;32:9,13,25;
33:3;35:5;40:21;44:14;
60:21;63:20;64:9,11;
66:2,8;69:7
type (6)
6:14;7:17;15:5;23:4;
37:19;68:16
types (2)
45:19;53:22
typically (5)
26:16;35:17;36:19;
37:10,12

## U

unable (2)

14:11;54:15
unburied (2)
28:13,15
unbury (1)
27:22
uncover (1)
28:21
uncovered (1)
46:9
under (3)
22:8;43:4;46:19
underground (6)
21:14;29:10;36:22;
45:1,5;51:1
underneath (2)
13:25;15:8
uneducated (1)
62:10
unknown (2)
39:13;59:22
unlocked (1)
44:4
unsafe (1)
53:17
unsophisticated (1)
20:3
unused (1)
13:13
up (17)
25:25;28:3;29:21;
35:15,25;39:18;41:7,8,
12;42:10;44:18;47:17;
50:24;51:21;59:15;
60:3;66:22
upgrades (2)
7:9,10
upon (2)
47:9;60:25
upper (1)
46:18
upstream (2)
33:5;36:11
usage (3)
21:20,23;31:23
usages (1)
21:21
use (5)
21:7;32:17;36:25;
37:2;55:18
used (3)
22:22;63:25;65:14
users (2)
20:3;62:10
uses (1)
22:17
using (2)
32:21;37:3
usually (2)
45:1,8
utilities (1)
20:4
utility (1)
20:6

Kelly/Miller v.
Arrick's Bottled Gas Service

NATOLI
September 29, 2015

**utilized (1)**
64:8

## V

**valve (5)**
34:6;36:11,13,14;
61:18
**variation (2)**
12:1,3
**variety (1)**
13:4
**various (2)**
27:9;45:19
**vent (3)**
27:3;68:1,6
**vents (1)**
15:12
**verification (1)**
47:15
**verified (2)**
27:11;29:20
**verify (2)**
25:3;27:14
**versions (1)**
10:2
**versus (2)**
5:17;64:25
**viability (1)**
32:24
**viable (1)**
53:25
**view (4)**
15:1,4;16:12;44:2
**Virginia (1)**
4:14
**visible (6)**
14:1;32:15;46:1;
50:18,20;68:7
**visit (5)**
9:1;18:4,11;43:17;
58:1
**visual (3)**
27:24;30:22;39:15
**visually (3)**
17:25;31:8;32:19

## W

**waived (1)**
69:14
**walk (3)**
9:16;15:3;61:20
**walk-around (3)**
23:3;31:4;39:15
**walked (2)**
17:7,8
**Walking (3)**
32:3;49:6,9
**wall (2)**
27:3;45:13
**water (3)**
33:9;61:7,17

**way (5)**
39:21;44:25;47:12;
55:17;67:24
**weather (6)**
44:15,16,23,25;45:2,
5
**weatherundergroundcom (1)**
44:19
**West (5)**
4:14;24:7;39:4;
67:18;68:13
**what's (3)**
34:4;37:8,11
**whenever (3)**
59:9;66:13;68:18
**wherever (1)**
13:24
**whole (3)**
5:16;55:15,19
**WILHOIT (8)**
41:11,17,22;43:14;
67:11;68:24;69:13,16
**windows (1)**
68:2
**within (3)**
28:6;25;64:1
**without (4)**
48:4;53:10;56:23;
57:10
**witness (6)**
6:5;41:7,9,12,18;
69:18
**wondering (1)**
42:24
**wood (1)**
17:18
**work (16)**
5:11,20;6:6,15,21;
7:21;10:9;13:2;15:5;
21:22;39:11;45:1;
62:12;66:20,24;67:5
**worked (1)**
6:16
**working (1)**
10:1
**World (2)**
23:14;63:3
**written (3)**
10:6,14;22:25
**wrong (1)**
45:3
**wrote (2)**
56:22;57:9
**wunderground (1)**
44:21

## Y

**yard (1)**
29:21
**year (12)**
15:2;26:7;52:13,16;
53:7,7,10;55:5;58:7;

59:3,3,13
**years (2)**
5:9,15
**Yep (2)**
34:2;54:18
**York (1)**
8:9

## 0

**07 (1)**
57:16

## 1

**1 (4)**
8:17;10:13;11:2,16
**10 (8)**
5:25;6:1;18:7;36:20;
53:7,7;63:10;65:20
**11 (3)**
18:25;25:18;26:3
**11:45 (1)**
69:21
**12 (3)**
41:5,25;42:9
**12th (2)**
42:21;43:1
**13 (5)**
8:17,19,21;41:5,25
**15 (1)**
65:22
**150 (1)**
16:11
**15219 (1)**
4:23
**18th (1)**
14:23
**1st (2)**
9:20;10:8

## 2

**2 (1)**
18:7
**20 (1)**
17:8
**200 (1)**
16:11
**2007 (5)**
26:21;27:1;52:8,24;
54:7
**2008 (9)**
38:3;40:14;51:16;
52:5,9,24;53:4;56:3,11
**2013 (1)**
42:17
**2014 (5)**
5:1;14:23;15:21;
16:13;50:11
**2015 (4)**
9:20;10:9,13;11:2
**26 (1)**

13:7

## 3

**3 (2)**
24:2,15
**301 (1)**
4:22

## 4

**4 (3)**
19:1;24:3,15
**40 (1)**
5:19
**4300 (1)**
4:22

## 5

**5 (3)**
24:15;41:4,25
**50 (4)**
18:9;33:3,5;36:22
**50/50 (1)**
5:19
**500-gallon (1)**
7:17
**54 (5)**
9:3;37:5,8,9,10
**555 (1)**
51:11
**58 (5)**
9:3;36:24;37:9,9,18

## 6

**6 (8)**
24:16,18,19,24;
25:18;42:9,12;44:12
**60 (1)**
5:20

## 7

**7 (3)**
25:14;65:5,14

## 8

**8 (6)**
5:25;6:1;25:16;
51:10;58:4;65:16

## 9

**9 (4)**
25:16;42:17;62:15;
65:18
**90 (1)**
18:5
**99 (1)**
62:8