Eastern District of Kentucky
**F I L E D**

**FEB - 6 2017**

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
CIVIL ACTION NO. 14-118-DLB-EBA

JARROD KELLY and MICAH MILLER,                    PLAINTIFFS,

vs.                **FINAL ORDER OF DISMISSAL**

ARRICK'S BOTTLED GAS SERVICE, INC.,
                                                   DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This day came, Plaintiffs Jarrod Kelly and Micah Miller, Defendant Arrick's Bottled Gas Service, Inc., by and through their respective counsel and announced to the Court that that all matters in controversy between them have been compromised and settled and jointly moved the Court to dismiss this action on the following basis:

> The Plaintiffs' claims against Defendant, Arrick's Bottled Gas Service, Inc., herein to be dismissed, **with prejudice**, as fully compromised and settled, each party to pay his or its own costs.

Whereupon the Court announced that it was of the opinion to sustain the motion of the parties. Accordingly, it is **ORDERED** that the Plaintiffs' claims against Defendant, Arrick's Bottled Gas Service, Inc. are hereby **DISMISSED, with prejudice**, as fully compromised and settled, and further **ORDERED** that this action be, and the same hereby is, **DISMISSED** and stricken with prejudice from the docket of the Court. Each party shall pay his or its own costs.

The parties agree that this Court shall retain jurisdiction over any dispute that may arise out of the settlement of this matter.

1

The Clerk is directed to send a certified copy of this Order to all counsel of record.

ENTER the 6th day of February 2017.

Signed By:
David L. Bunning
United States District Judge

JUDGE DAVID L. BUNNING

**PREPARED BY:**

/s/ J. David Bolen
J. David Bolen, Esquire
Elizabeth Duncan, Esquire
**DINSMORE & SHOHL LLP**
611 Third Ave.
Huntington, West Virginia 25722-2185
(304) 529-6181—Telephone
(304) 522-4312—Facsimile
david bolen@dinsmore.com
elizabeth.brewer@dinsmore.com

**COUNSEL FOR DEFENDANT
ARRICK'S BOTTLED GAS SERVICE, INC.**


**READ AND APPROVED BY:**


/s/ William H. Wilhoit
William H. Wilhoit, Esquire
**WILHOIT LAW OFFICE**
P.O. Box 35
Grayson, KY 41143


/s/ W. Jeffrey Scott
W. Jeffrey Scott, Esquire
Brandon Music, Esquire
**W. JEFFREY SCOTT LAW OFFICE**
P.O. Box 608
Grayson, WV 41143

**COUNSEL FOR THE PLAINTIFFS
JARROD KELLY and MICAH MILLER**